# EXHIBIT C

Filed: 11/3/2015 2:49:14 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 7663325
By: Lisa Kelly
11/3/2015 4:03:38 PM

15-CV-1174

NO. _____

| | | |
|---|---|---|
| CELESTE STEIN DESIGNS, INC. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO LTD., and | § | Galveston County - 405th District Court |
| THOMAS LANDRITH | § | |
| DEFENDANTS. | § | _____ JUDICIAL DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PLAINTIFF CELESTE STEIN DESIGNS, INC., (hereinafter "Plaintiff Stein Designs") complaining of Defendants, SCRUBSCO, LTD. (hereinafter "Defendant SCRUBSCO") and THOMAS LANDRITH (hereinafter "Defendant Landrith"), in the course of his employment, and for causes of action respectfully shows the Court the following:

### DISCOVERY CONTROL PLAN

1.     Pursuant to Tex. R. Civ. P. 190.1, Plaintiff intends to conduct discovery under Rule 190.3, Level 2.

### PARTIES

2.     Plaintiff, CELESTE STEIN DESIGNS, INC., is a domestic corporation and doing business at 7801 Bayside Avenue, Galveston, TX, 77554.

Status Conference set 1-28-16

1

3.      Defendant, SCRUBSCO, LTD., is a foreign limited liability company, duly organized and existing by virtues of the laws of the State of Ohio, doing business in the State of Texas, and may be served with citation and a copy of this petition through its registered agent, Thomas Landrith, at 5368 Pinecastle, West Chester, OH, 45069 or wherever it may be found.

4.      Defendant, THOMAS LANDRITH, is a resident of the State of Ohio, and he may be served with citation and a copy of this petition at his place of business located at 5368 Pinecastle, West Chester, OH 45069.

### Jurisdiction & Venue

5.      The present Court has personal jurisdiction over the Plaintiff, STEIN DESIGNS, as it is a citizen of Texas with its principal place of business in Texas and Defendant SCRUBSCO and Defendant LANDRITH, in his individual capacity and in the course of his employment, both have minimum contacts with the State of Texas. The Court has subject matter jurisdiction as the amount in controversy is within the limits of the Court, and no other court has exclusive jurisdiction in that Plaintiff, STEIN DESIGNS, sues for total damages less than $75,000.

6.      Venue is proper in the present forum as this cause of action accrued in whole or in substantial part, in Galveston County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code § 15.002.

### Request Pursuant To Rule 28

2

7.     To the extent that Defendant SCRUBSCO is conducting business pursuant to a trade name or assumed name not listed as a named party to this suit, then suit is brought against Defendant SCRUBSCO and, pursuant to the terms of Rule 28 of the Texas Rules of Civil Procedure, Plaintiff hereby demands that upon answer to this suit, Defendant SCRUBSCO answer in its correct legal and assumed names.

### Factual Background

8.     This suit is brought as an open account for the sale of goods and merchandise. As shown in the itemized and verified account attached hereto and on the dates evidenced in past invoices, Plaintiff STEIN DESIGNS sold goods to Defendant SCRUBSCO on a contract for an open account in the regular course of business. The names used on the account were those of Defendant, SCRUBSCO in their business enterprise. Defendant SCRUBSCO received and accepted the goods. (See attached Exhibit "E," Proof of Delivery). Upon acceptance, Defendant SCRUBSCO promised to and became bound to pay the agreed prices, as specifically shown in the past invoices. Defendant SCRUBSCO has yet to pay the amount due and owing of $34, 452.00. (See Exhibit "A," Aged Receivables As of September 30, 2015). Plaintiff STEIN DESIGNS sent two letter demanding payment on past due invoices on July 28, 2015 and August 12, 2015, attached as Exhibit "B." The price for the goods accepted by Defendant SCRUBSCO were reasonable, fair and itemized in the invoices reflecting a request for payment. (See Celeste Stein Designs, Inc. itemized invoices, purchase orders, and outstanding Scrubsco Invoices attached as Exhibit "C"). Statements requesting payment were sent to Defendant SCRUBSCO and systematic

records of the debt have been kept by Plaintiff STEIN DESIGNS, INC. (See Celeste Stein Designs, Inc.'s Customer Ledgers for SCRUBSCO, attached as Exhibit "D").

9.      Plaintiff STEIN DESIGNS has "designed and manufactured over 2 million pairs of printed socks, tights, and leggings." *See* www.celestestein.com/About. Plaintiff STEIN DESIGNS is one of the "leading manufacturers of printed hosiery" and is "internationally recognized for [their] design and production capabilities." *Id.* Specifically, Plaintiff STEIN DESIGNS designs and manufactures printed compression socks.   In connection with its business activities, Plaintiff STEIN DESIGNS has innovatively developed its own compression socks, and its own patterns. Plaintiff STEIN DESIGNS manufactures, markets, and sells these compression socks to customers and potential customers, including Defendant SCRUBSCO. Further, Plaintiff STEIN DESIGNS has created and developed these compression socks and patterns at a substantial expense and burden. Defendant SCRUBSCO maintained an open account with Plaintiff STEIN DESIGNS and purchased several pattern compression socks over time. (Exhibit C).

10.     In July of 2015, Defendant SCRUBSCO had a significant outstanding balance that was past due on that account. (Exhibit B and Exhibit C). Plaintiff STEIN DESIGNS notified Defendant SCRUBSCO of the stopped shipping of products until the outstanding balance was rightfully paid (See Exhibit "F"). In October, 2015, Defendant SCRUBSCO, with a significant balance still owed to Plaintiff STEIN DESIGNS, released a catalog by "Cutieful Distributions" "by SCRUBSCO," (catalog attached as Exhibit "G") that contained and marketed "Cutieful" compression socks as well as patterns exactly as those

innovatively designed and manufactured by Plaintiff STEIN DESIGNS. *See* http://www.mysockspot.com/aboutus.asp.

11.     Defendant SCRUBSCO obtained these compression sock designs and patterns through improper means and under circumstances giving rise to a duty not to disseminate the trade secret without Plaintiff STEIN DESIGNS' permission.

12.     Since obtaining and disseminating Plaintiff STEIN DESIGNS' innovative pattern designs and compression socks, Defendant SCRUBSCO has used them for purposes of marketing and selling those same designs for independent economic profit. Defendant SCRUBSCO is using Plaintiff STEIN DESIGNS' established designs to compete directly with Plaintiff STEIN DESIGNS in the same business industry. Plaintiff STEIN DESIGNS has incurred significant damages as a result of Defendant, SCRUBSCO'S, misappropriation and illegal use of Plaintiff STEIN DESIGNS'S compression socks and patterns.

### Liability for the Debt

13.     Plaintiff STEIN DESIGNS made proper demand, on July 28, 2015 and August 12, 2015, for payment on past due and owing invoices for the sale of goods to Defendant SCRUBSCO. Defendant SCRUBSCO has failed to pay the account balance due of $34,452.00. All proper credits due to Defendant SCRUBSCO, if any, have been properly made. Defendant SCRUBSCO'S failure to comply with the demand for payment that is due and owing causes Defendant SCRUBSCO to be liable on this debt.

## Attorney's Fees

14.    The failure of Defendant SCRUBSCO to pay the account balance owed to Plaintiff STEIN DESIGNS, has made it necessary for Plaintiff STEIN DESIGNS to employ the undersigned attorney to sue on the account. The claim for payment was presented to Defendant SCRUBSCO more than thirty (30) days prior to the filing of this suit and remains unsatisfied. *See* Exhibit "A" (demand letters) and Exhibit "B" (aged receivables). Plaintiff STEIN DESIGNS is entitled to recover reasonable and necessary attorney's fees.

## Liability for Misappropriation of Trade Secrets

15.    Plaintiff STEIN DESIGNS was at all times material to this litigation the owner of trade secrets involving the compression socks themselves and the creative, innovative design and/or pattern, manufacturing and marketing of pattern compression socks.

16.    Defendant SCRUBSCO improperly acquired the compression sock process and patterns designed by Plaintiff STEIN DESIGNS and misappropriated them to its own use by adopting the compression sock and its patterns of Plaintiff STEIN DESIGNS and using it to create a new product under Defendant SCRUBSCO'S business name and market the products in an October 2015 catalog for independent economic profit and in direct competition with Plaintiff STEIN DESIGNS.

17.    Plaintiff STEIN DESIGNS incurred substantial damages as a direct and proximate result of Defendant SCRUBSCO'S illegal use of Plaintiff STEIN DESIGNS' compression socks and unique compression sock patterns manufactured for sale

nationwide. Further, this misrepresentation and misappropriation is wilful and malicious because Defendant SCRUBSCO has a past due balance with Plaintiff STEIN DESIGNS, including for the sale of compression socks, (Exhibit A, B and C).

### Damages for Misappropriation of Trade Secrets

18.     As a result of Defendant SCRUBSCOS misappropriation of trade secrets through illegal use, Plaintiff STEIN DESIGNS has suffered actual and consequential damages in the form of lost profits and lost sales in an amount less than the minimum jurisdictional limit of this Court but not more than $75,000.  Defendant SCRUBSCO'S conduct of stealing Plaintiff STEIN DESIGNS' unique compression sock process and patterns and using them to obtain independent economic profit was committed intentionally, knowingly, and with disregard of Plaintiff STEIN DESIGNS' rights, thus Plaintiff STEIN DESIGNS is entitled to exemplary damages in an amount not less than the maximum amount permitted by applicable law but not more than $75,000.  As a result of releasing an October 2015 catalog marketing for sale the same style of unique compression socks and designs of Plaintiff STEIN DESIGNS,  the Defendant SCRUBSCO used actual misappropriation to gain commercial advantage. Plaintiff STEIN DESIGNS requests permanent injunctive relief under Tex. Civ. Prac. & Rem. Code 134A.003.

### Prejudgment Interest for Misappropriation of Trade Secrets

19.   In addition to the above and foregoing allegations, Plaintiff STEIN DESIGNS further pleads its entitlement to prejudgment interest at the highest rate allowed by Texas law.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff STEIN DESIGNS prays that Defendant SCRUBSCO and Defendant LANDRITH be cited in terms of law to appear and answer herein, and that upon final hearing, Plaintiff STEIN DESIGNS recovers of and from the Defendant SCRUBSCO the principal sum of the unpaid account $34,452.00, any interest, attorney's fees, actual damages, exemplary damages, the total of which will not exceed $75,000, injunctive relief, all taxable costs of Court, and such other and further relief, at law and in equity, to which Plaintiff STEIN DESIGNS may show itself justly entitled to receive.

Respectfully submitted,

THE LAW FIRM OF ALTON C. TODD

By: _____

Alton C. Todd
State Bar No. 20092000
312 S. Friendswood Drive
Friendswood, Texas 77546
(281) 992-8633
(281) 648-8633 Facsimile
ATTORNEY FOR PLAINTIFF

CAUSE NO. _____

| | | |
|---|---|---|
| CELESTE STEIN DESIGNSS, INC. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO LTD., and | § | |
| THOMAS LANDRITH | § | |
| DEFENDANTS. | § | _____JUDICIAL DISTRICT COURT |

## AFFIDAVIT

STATE OF TEXAS            :

COUNTY OF            :

BEFORE ME, the undersigned authority, on this day personally appeared Celeste Stein, who, after being duly sworn by me deposed and stated the following pursuant to Texas Rule of Civil Procedure 185:

1. My name is Celeste Stein. I am above the age of 18 years, of sound mind, capable of making this Affidavit and have personal knowledge of the facts stated herein.
2. The above claim evidenced by attached documents on unpaid account is within my knowledge;
3. The above claim is just and true.
4. The above claim is due.
5. All just and lawful offsets, payments and credits have been allowed.
6. The attached documents were made in the regular course of business; it was the regular course of business for an employee or representative of Celeste Stein Designs, Inc with personal knowledge of the act, event or condition to make the records or to transmit information to be included in them, and they were made at or near the time of the act, event or condition or reasonably soon thereafter.

Further, Affiant sayeth not.

_____
Celeste Stein

SWORN TO and SUBSCRIBED before me on this 3rd day of November

9

2015, to certify which witness my hand and seal of office.



Notary Public in and for
State of Texas

FAITH FAUSTINE FALCON
Notary Public, State of Texas
My Commission Expires
April 07, 2018

10

09/22/2016 3:50 PM FAX   409 763 1084        CELESTE STEIN DESIGNS            ☑0002/0007

9/22/16 at 16:46:13.04                                                          Page: 1

# CELESTE STEIN DESIGNS INC.
## Aged Receivables
## As of Sep 30, 2015

Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| SCRUBSCO | 16904 | | | | 8,580.00 | 8,580.00 |
| SCRUBSCO | 16936 | | | 810.00 | | 810.00 |
| | 16939 | | | 22,062.00 | | 22,062.00 |
| 513-238-7190 | | | | | | |
| SCRUBSCO | | | | 22,872.00 | 8,580.00 | 31,452.00 |
| SCRUBSCO | | | | | | |
| **Report Total** | | | | 22,872.00 | 8,580.00 | 31,452.00 |





# THE LAW FIRM OF ALTON C. TODD

Alton C. Todd*  alton@actlaw.com
Jeffrey N. Todd**  jeff@actlaw.com
Dana R. Todd***  dana@actlaw.com

*Principal Office:*
312 S. Friendswood Drive
Friendswood, TX 77546
281.992.8633  Toll Free: 888.388.8633

July 28, 2015

Mr. Tom Landrith
Scrubsco
8216 Princeton Glendale Rd, Box 199
West Chester, Ohio 45069

*Via First-Class Mail &*
*Email tomlandrith@gmail.com*

RE:  My client:  Celeste Stein Designs, Inc.
Past due invoices :  $34,452.00

Dear Mr. Landrith:

Please be advised that I have been retained to represent Celeste Stein Designs, Inc. to collect the above past due invoices in the amount of $34,452.00. As I understand it, there is no question that you received the items and goods reflected on the invoices and that you have been in contact with Celeste Stein Designs, Inc. concerning your account. Unfortunately, you have not presented a viable payout to Celeste Stein Designs, Inc. Accordingly, the matter has been referred to me for collection. Before beginning the formal collection process , I would suggest that you contact Celeste Stein Designs, Inc. in a last effort to bring  this past due account current. However, if this matter is not resolved  within the very near future, I will have no other alternative than to file suit.  If litigation is necessary, we will seek not only the past due amounts but additional sums as interest, costs and reasonable attorney fees.

Thanking you, I remain

Very truly yours,

Alton C. Todd

ACT/fff

*Houston Office:*
1141 Southwest Freeway
Suite 300
Houston, TX 77027
713.623.2337
www.altontodd.com

*Board Certified in Personal Injury Trial Law and Civil Trial Law by The Texas Board of Legal Specialization, National Board of Trial Advocacy. Licensed to practice in Georgia and Texas

** Licensed to practice in Texas, New York, New Jersey and Georgia
*** Licensed to practice in Texas, New Jersey and Georgia

Fax: 281.648.8633 • thefirm@actlaw.com

*Atlanta Office:*
1170 Peachtree Street





# THE LAW FIRM OF ALTON C. TODD

Alton C. Todd*  alton@actlaw.com
Jeffrey N. Todd**  jeff@actlaw.com
Dana R. Todd***  dana@actlaw.com

*Principal Office:*
312 S. Friendswood Drive
Friendswood, TX 77546
281.992.8633  Toll Free: 888.388.8633

August 13, 2015

Mr. Tom Landrith
Scrubsco
8216 Princeton Glendale Rd, Box 199
West Chester, Ohio 45069

*Via First-Class Mail &*
*Email tomlandrith@gmail.com*

RE:   My client:          Celeste Stein Designs, Inc.
      Past due invoices : $34,452.00

Dear Mr. Landrith:

Please be advised that I have been retained to represent Celeste Stein Designs, Inc. to collect the above past due invoices in the amount of $34,452.00. As I understand it, there is no question that you received the items and goods reflected on the invoices and that you have been in contact with Celeste Stein Designs, Inc. concerning your account. Unfortunately, you have not presented a viable payout to Celeste Stein Designs, Inc. Accordingly, the matter has been referred to me for collection. Before beginning the formal collection process , I would suggest that you contact Celeste Stein Designs, Inc. in a last effort to bring this past due account current. However, if this matter is not resolved within the very near future, I will have no other alternative than to file suit. If litigation is necessary, we will seek not only the past due amounts but additional sums as interest, costs and reasonable attorney fees.

Thanking you, I remain

Very truly yours,

*/s/ Alton C. Todd*

Alton C. Todd

ACT/fff

---

Houston Office:
4 ! Southwest Freeway
Suite 300
Houston, TX 77027

713.623.2337
www.altontodd.com

*Board Certified in Personal Injury Trial Law and Civil Trial Law by The Texas Board
of Legal Specialization, National Board of Trial Advocacy.
Licensed to practice in Georgia and Texas*

** *Licensed to practice in Texas, New York, New Jersey and Georgia*
*** *Licensed to practice in Texas, New Jersey and Georgia*

Fax: 281.648.8633 • thefirm@actlaw.com

Atlanta Office:
1170 Peachtree Street
Suite 1200
Atlanta, GA 30309

770.645.8633
www.altontoddlaw.com

Outstanding Scrubsco Invoices

| Invoice # | Invoice Date | Due Date | PO # | | Paid | |
|---|---|---|---|---|---|---|
| 16904 | 5/29/2015 | 6/29/2015 | 1174 | $23,580.00 | $7,500.00 | 6/29/2015 Visa |
| | | | | | $3,000.00 | 6/25/2015 Check #1152 |
| | | | | | $1,500.00 | 7/7/2015 Check #1154 |
| | | | | | $11,580.00 | Remaining Invoice Balance |
| 16938 | 6/5/2015 | 7/5/2015 | 1173 | $810.00 | | |
| 16939 | 6/5/2015 | 7/5/2015 | 1174 | $22,062.00 | | |
| | | | | $22,872.00 | | |
| | | | | $34,452.00 | Total Amount Due | |



# celeste stein designs inc.

## The American Princess

7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com
www.celestestein.com

| | |
|---|---|
| Invoice Number: | **Invoice** |
| Invoice Date: | 16904 |
| | 5/29/15 |
| | Page:  1 |

**Sold To:**
SCRUBSCO
0216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH  45069
USA

**Ship to:**
SCRUBSCO
5360 PINECASTLE
WEST CHESTER, OH  45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 185.00 | CMPS-1097 | SUPPORT SOCK, BLUE MULTI HEARTS | 6.00 | 1,110.00 |
| | CMPS-1143 | SUPPORT SOCK, TATTOO PARLOR | 6.00 | |
| | CMPS-1286 | COMP SOX, 8-15, BLACK VOGUE | 6.00 | |
| 420.00 | CMPS-1353 | COMP SOCK, LEOPARD & ROSES | 6.00 | 2,520.00 |
| 266.00 | CMPS-1526 | SUPPORT SOCK, RAINBOW 60'S | 6.00 | 1,596.00 |
| 150.00 | CMPS-1534 | COMP SOX, 8-15, PINK BIKER HEART | 6.00 | 900.00 |
| 200.00 | CMPS-1538 | SUPPORT SOCK, BRIGHT MAJIK | 6.00 | 1,200.00 |
| 250.00 | CMPS-1576 | COMP SOX, 8-15, DENIM DOTTY | 6.00 | 1,500.00 |
| 250.00 | CMPS-1613 | COMPRESSION SOCK, MEGAN | 6.00 | 1,500.00 |
| 299.00 | CMPS-1714 | COMP SOX, 8-15, RED ALL TATTOO | 6.00 | 1,794.00 |
| 150.00 | CMPS-1721 | SUPPORT SOCK, RASPBERRY HILL | 6.00 | 900.00 |
| 90.00 | CMPS-1755 | SUPPORT SOCK, RAINBOW LEOPARD | 6.00 | 540.00 |
| | CMPS-1804 | SUPPORT SOCK, MULTI PEACE | 6.00 | |
| 65.00 | CMPS-1806 | COMP SOX, 8-15, BLACK FOUNTAIN | 6.00 | 390.00 |
| 151.00 | CMPS-1822 | COMP SOX, 8-15, ABSTRACT ROSES | 6.00 | 906.00 |
| | CMPS-1851 | COMP SOX, 8-15, BROWN LEOPARD RIVER | 6.00 | |
| 100.00 | CMPS-1863 | SUPPORT SOCK, CELESTENSTEIN | 6.00 | 600.00 |
| | CMPS-1905 | COMP SOX, 8-15, BABY OWLS | 6.00 | |

| | | |
|---|---|---|
| Subtotal | | Continued |
| Freight | | |

*RETURN POLICY: Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
be a defect. Thank you for your business.*

| | |
|---|---|
| TOTAL | Continued |

# celeste stein designs inc.

## The American Princess

7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com

www.celestestein.com

| | |
|---|---|
| Invoice Number: | **Invoice** |
| Invoice Date: | 16904 |
| | 5/29/15 |
| | Page:  2 |

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH  45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH  45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 250.00 | CMPS-1910 | COMP SOX, 8-15 mm/Hg, BLUE LEOPARD | 6.00 | 1,500.00 |
| | CMPS-1940 | COMP SOX, 8-15 mm/Hg, LEOPARD FLOWERS | 6.00 | |
| 195.00 | CMPS-1967 | COMP SOX, 8-15 mm/Hg, STAR GAZER RED WHITE BLUE | 6.00 | 1,170.00 |
| 147.00 | CMPS-1988 | COMP SOX, 8-15 mm/Hg, TURQ KLARA | 6.00 | 882.00 |
| | CMPS-340 | COMP SOCK, 8-15, BLACKY | 6.00 | |
| | CMPS-341 | COMP SOX  8-15, mm/Hg, AUSTIN POWERS | 6.00 | |
| 218.00 | CMPS-450 | COMP SOX, 8-15, BLACK BUTTERFLIES | 6.00 | 1,308.00 |
| | CMPS-458 | COMP SOX, 8-15 mm/Hg, BLUE CAMO | 6.00 | |
| 274.00 | CMPS-466 | COMP SOX, 8-15, RAINBOW ZEBRA | 6.00 | 1,644.00 |
| | CMPS-522 | COMP SOX, 8-15, CHOCOLATES | 6.00 | |
| | CMPS-587 | COMP SOX, 8-15, PINK FUSCHIA CHEETAH | 6.00 | |
| 270.00 | CMPS-593 | COMP SOCK 8-15 mm/Hg,  HAIRY LEOPARP | 6.00 | 1,620.00 |
| | CMPS-809 | SUPPORT SOCK, ZEBRA | 6.00 | |
| | CMPS-1137 | SUPPORT SOCK, COMIC | 6.00 | |

| | | |
|---|---|---|
| Subtotal | | 23,580.00 |
| Freight | | |

RETURN POLICY: Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
be a defect.  Thank you for your business.

| TOTAL | 11,580.00 |
|---|---|

# celeste stein designs inc.

## The American Princess
7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com
www.celestestein.com

| Invoice Number: | Invoice |
|---|---|
| Invoice Date: | 16938 |
| | 6/5/15 |
| | Page: 1 |

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH  45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH  45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1173 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | CMPS-1247 | SUPPORT SOCK, D' FEET BREAST CANCER | 6.00 | |
| | CMPS-1353 | COMP SOCK, LEOPARD & ROSES | 6.00 | |
| | CMPS-1526 | SUPPORT SOCK, RAINBOW 60'S | 6.00 | |
| | CMPS-1576 | COMP SOX, 8-15, DENIM DOTTY | 6.00 | |
| | CMPS-1714 | COMP SOX, 8-15, RED ALL TATTOO | 6.00 | |
| | CMPS-1755 | SUPPORT SOCK, RAINBOW LEOPARD | 6.00 | |
| | CMPS-1848 | COMP SOX, 8-15, PURPLE CUPCAKES | 6.00 | |
| | CMPS-1850 | SUPPORT SOCK, MULTI MOGO | 6.00 | |
| | CMPS-1851 | COMP SOX, 8-15, BROWN LEOPARD RIVER | 6.00 | |
| | CMPS-1910 | COMP SOX, 8-15 mm/Hg, BLUE LEOPARD | 6.00 | |
| | CMPS-1940 | COMP SOX, 8-15 mm/Hg, LEOPARD FLOWERS | 6.00 | |
| | CMPS-1987 | COMP SOX, 8-15 mm/Hg, STAR GAZER RED WHITE BLUE | 6.00 | |
| | CMPS-2007 | SUPPORT SOCK, BLUE CHEETAH HEART | 6.00 | |
| 135.00 | CMPS-2008 | SUPPORT SOCK, PINK CHEETAH HEART | 6.00 | 810.00 |
| | CMPS-458 | COMP SOX, 8-15 mm/Hg, BLUE CAMO | 6.00 | |
| | CMPS-593 | COMP SOCK 8-15 mm/Hg, HAIRY LEOPARD | 6.00 | |

| | | |
|---|---|---|
| Subtotal | | 810.00 |
| Freight | | |

RETURN POLICY: Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
be a defect. Thank you for your business.

| TOTAL | | 810.00 |
|---|---|---|

# celeste stein designs inc.

## The American Princess

7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com
www.celestestein.com

**Invoice Number:**

**Invoice Date:**

# Invoice

16939

6/5/15

Page: 1

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH 45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | CMPS-1097 | SUPPORT SOCK, BLUE MULTI HEARTS | 6.00 | |
| 165.00 | CMPS-1143 | SUPPORT SOCK, TATTOO PARLOR | 6.00 | 990.00 |
| 461.00 | CMPS-1286 | COMP SOX, 8-15, BLACK VOGUE | 6.00 | 2,766.00 |
| | CMPS-1353 | COMP SOCK, LEOPARD & ROSES | 6.00 | |
| | CMPS-1526 | SUPPORT SOCK, RAINBOW 60'S | 6.00 | |
| 93.00 | CMPS-1576 | COMP SOX, 8-15, DENIM DOTTY | 6.00 | 558.00 |
| | CMPS-1714 | COMP SOX, 8-15, RED ALL TATTOO | 6.00 | |
| 160.00 | CMPS-1755 | SUPPORT SOCK, RAINBOW LEOPARD | 6.00 | 960.00 |
| 347.00 | CMPS-1804 | SUPPORT SOCK, MULTI PEACE | 6.00 | 2,082.00 |
| 181.00 | CMPS-1806 | COMP SOX, 8-15, BLACK FOUNTAIN | 6.00 | 1,086.00 |
| | CMPS-1822 | COMP SOX, 8-15, ABSTRACT ROSES | 6.00 | |
| 200.00 | CMPS-1850 | SUPPORT SOCK, MULTI MOGO | 6.00 | 1,200.00 |
| 270.00 | CMPS-1851 | COMP SOX, 8-15, BROWN LEOPARD RIVER | 6.00 | 1,620.00 |
| 310.00 | CMPS-1905 | COMP SOX, 8-15, BABY OWLS | 6.00 | 1,860.00 |
| | CMPS-1940 | COMP SOX, 8-15 mm/Hg, LEOPARD FLOWERS | 6.00 | |
| 200.00 | CMPS-1945 | COMP SOX, 8-15 mm/Hg, 60' S DAISY RED | 6.00 | 1,200.00 |
| | CMPS-1967 | COMP SOX, 8-15 mm/Hg, STAR GAZER RED WHITE BLUE | 6.00 | |

Subtotal    Continued

Freight

RETURN POLICY: Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
be a defect. Thank you for your business.

TOTAL    Continued

# ~celeste stein designs inc.

## The American Princess
7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprincess@celestestein.com
www.celestestein.com

| | Invoice Number: | 16939 |
|---|---|---|
| | Invoice Date: | 6/5/15 |
| | Page: | 2 |

**Invoice**

Sold To:
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH 45069
USA

Ship to:
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069
USA

| P.O. Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 150.00 | CMPS-1983 | COMP SOX, 8-15 mm/Hg, SUZZI | 6.00 | 900.00 |
| | CMPS-1988 | COMP SOX, 8-15 mm/Hg, TURQ KLARA | 6.00 | |
| 100.00 | CMPS-264 | SUPPORT SOCK, KITTY | 6.00 | 600.00 |
| 100.00 | CMPS-265 | SUPPORT SOCK, DOGGIE | 6.00 | 600.00 |
| 277.00 | CMPS-340 | COMP SOCK, 8-15, BLACKY | 6.00 | 1,662.00 |
| | CMPS-341 | COMP SOX 8-15, mm/Hg, AUSTIN POWERS | 6.00 | |
| | CMPS-450 | COMP SOX, 8-15, BLACK BUTTERFLIES | 6.00 | |
| 84.00 | CMPS-468 | COMP SOX, 8-15 mm/Hg, BLUE CAMO | 6.00 | 504.00 |
| | CMPS-466 | COMP SOX, 8-15, RAINBOW ZEBRA | 6.00 | |
| 204.00 | CMPS-522 | COMP SOX, 8-15, CHOCOLATES | 6.00 | 1,224.00 |
| | CMPS-587 | COMP SOX, 8-15, PINK FUSCHIA CHEETAH | 6.00 | |
| | CMPS-593 | COMP SOCK 8-15 mm/Hg, HAIRY LEOPARP | 6.00 | |
| 303.00 | CMPS-809 | SUPPORT SOCK, ZEBRA | 6.00 | 1,818.00 |
| 60.00 | CMPS-S | COMP SOX, 8-15, SOLID BEIGE | 2.00 | 120.00 |
| 28.00 | CMPS-1137 | SUPPORT SOCK, COMIC | 6.00 | 168.00 |
| 24.00 | CMPS-1476 | SUPPORT SOCK, CLASSIC HOUNDSTOOTH | 6.00 | 144.00 |

| | | |
|---|---|---|
| Subtotal | | 22,062.00 |
| Freight | | |

RETURN POLICY: Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
be a defect. Thank you for your business.

**TOTAL          22,062.00**

Cutieful Distribution / Scrubsco

# Purchase Order

8716 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone #   513-238-7190        cutieful4u@gmail.com
Fax #     513-874-5486        cutieful4u.com

| Date | P.O. No. |
|------|----------|
| 4/15/2015 | 1173 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5360 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 1097- CMPSK... | COMPRESSION SOCKS 8 15 MM BLUE MULTI PART | 150 | 6.00 | | 900.00 |
| 1143-CMPSK... | COMPRESSION SOCKS 8 15 MM HG TATTOO PARLOR | 100 | 6.00 | | 600.00 |
| 1247-CMPSK... | COMPRESSION SOCKS 8 15 MM HG D FEET BREAST CANCER | 200 | 6.00 | | 1,200.00 |
| 1286-CMPSK... | COMPRESSION SOCKS 8 15 MM HG BLACK VOGUE | 200 | 6.00 | | 1,200.00 |
| 1353-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD AND ROSES | 50 | 6.00 | | 300.00 |
| 1526-CMPSK... | COMPRESSION SOCKS 8-15MM HG RAINBOW 60's | 150 | 6.00 | | 900.00 |
| 1534-CMPSK... | COMPRESSION SOCKS 8 15 MM HG PINK BIKER HEARTS | 75 | 6.00 | | 450.00 |
| 1538-CMPSK... | COMPRESSION SOCK 8-15MM HG BRIGHT MAIL | 75 | 6.00 | | 450.00 |
| 1576-CMPSK... | COMPRESSION SOCK 8 15 MM HG DENIM DOTTY | 150 | 6.00 | | 900.00 |
| 1613-CMPSK... | COMPRESSION SOCK 8 15 MM HG MEGAN | 50 | 6.00 | | 300.00 |
| 1614-CMPSK... | COMPRESSION SOCK 8 15 MM HG GREY DOT ART | 150 | 6.00 | | 900.00 |
| 1671-CMPSK... | COMPRESSION SOCKS 8-15 MM HG BLUE FLEUR MISSONI | 150 | 6.00 | | 900.00 |
| 1714-CMPSK... | COMPRESSION SOCKS 8 - 15 MM HG RED ALL TATTOO | 50 | 6.00 | | 300.00 |
| 1721-CMPSK... | COMPRESSION SOCK 8 15 MM HG RASPBERRY HILL | 100 | 6.00 | | 600.00 |
| 1755-CMPSK... | COMPRESSION SOCK 8-15MM HG RAINBOW LEOPARD | 100 | 6.00 | | 600.00 |

## Total

Cutieful Distribution / Scrubsco

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone #   513-238-7190      cutieful4u@gmail.com
Fax #     513-874-5486      cutieful4u.com

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 4/15/2015 | 1173 |

**Vendor**

CELESTE STEIN DESIGNS
Galvaston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 1804-CMPSK... | COMPRESSION SOCK 8-15MM HG MULTI PEACE | 150 | 6.00 | | 900.00 |
| 1806-CMPSK... | COMPRESSION SOCK 8-15 MM HG BLACK FOUNTAIN | 200 | 6.00 | | 1,200.00 |
| 1822-CMPSK... | COMPRESSION SOCK 8 15MM HG ABSTRACT ROSES | 150 | 6.00 | | 900.00 |
| 1848-CMPSK... | COMPRESSION SOCKS 8 15 MM HG PURPLE CUPCAKES | 200 | 6.00 | | 1,200.00 |
| 1850-CMPSK... | COMPRESSION SOCKS 8-15 MM HG MULTI GIGO | 100 | 6.00 | | 600.00 |
| 1851-CMPSK... | COMPRESSION SOCK 8-15 MM HG BROWN LEOPARD RIVER | 100 | 6.00 | | 600.00 |
| 1863 CMPSK8... | COMPRESSION SOCK 8-15MM HG CELESTE STEIN | 150 | 6.00 | | 900.00 |
| 1905-CMPSK... | COMPRESSION SOCKS 8-15 MM HG TINY OWLS | 500 | 6.00 | | 3,000.00 |
| 1910-CMPSK... | COMPRESSION SOCK 8 15 MM HG BLUE LEOPARD | 100 | 6.00 | | 600.00 |
| 1940-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD FLOWERS | 50 | 6.00 | | 300.00 |
| 1945-CMPSK... | COMPRESSION SOCK 8 15 MM HG 60 S DAISIES | 100 | 6.00 | | 600.00 |
| 1967-CMPSK... | COMPRESSION SOCK 8 - 15 MM HG STAR GAZER RWB | 150 | 6.00 | | 900.00 |
| 1983-CMPSK... | COMPRESSION SOCK 8 15 MM HG SUZZI | 100 | 6.00 | | 600.00 |
| 1988-CMPSK... | COMPRESSION SOCK 8 15 MM HG TURQUOISE KLARA | 150 | 6.00 | | 900.00 |

## Total

07/16/2015 1:34 PM FAX  400 783 1064   CELESTE STEIN DESIGNS                    ☎0001/0008

# Purchase Order

Cutieful Distribution / Scrubsco

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany4u@mail.com
Phone #   513-238-7190        cutieful4u@gmail.com
Fax #     513-874-5486        cutieful4u.com

| Date | P.O. No. |
|------|----------|
| 4/15/2015 | 1173 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 2007 CMPSKB... | COMPRESSION SOCK 8-15 MM HG BLUE CHEETAH HEART | 200 | 6.00 | | 1,200.00 |
| 2008 CMPSKB... | COMPRESSION SOCK 8-15 MM HG PINK CHEETAH HEARTS | 200 | 6.00 | | 1,200.00 |
| 340-CMPSK815 | COMPRESSION SOCK. 8-15 mm Hg Blackie | 100 | 6.00 | | 600.00 |
| 341-CMPSK815 | COMPRESSION SOCK  8-15 MM HG A. POWERS | 500 | 6.00 | | 3,000.00 |
| 450-CMPSK815 | COMPRESSION SOCKS 8-15MM HG BLACK BUTTERFLY | 300 | 6.00 | | 1,800.00 |
| 458-CMPSK815 | COMPRESSION SOCKS 8 15 MM HG BLUE CAM | 100 | 6.00 | | 600.00 |
| 466-CMPSK815 | COMPRESSION SOCK 8 15 MM HG RAINBOW ZEBRA | 200 | 6.00 | | 1,200.00 |
| 593-CMPSK815 | COMPRESSION SOCK 8 15 MM HG HAIRY LEOPARD | 100 | 6.00 | | 600.00 |
| 809-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG FLOW ZEBRA | 150 | 6.00 | | 900.00 |
| 1-CMPSK815 | COMPRESSION SOCK 8-15 MM WHITE | 100 | 2.00 | | 200.00 |
| 2-CMPSK815 | COMPRESSION SOCK 8-15 MM BLACK | 100 | 2.00 | | 200.00 |
| PINK CMPSK ... | PINK COMPRESSION SOCK 8-15MM HG | 100 | 2.00 | | 200.00 |

**Total**                                                    $35,400.00

# Purchase Order

Cuticful Distribution / Scrubsco

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany6@mail.com
Phone # 513-892-9265    cuticful4us@gmail.com
Fax # 513-874-5486    cuticful4u.com

| Date | P.O. No. |
|------|----------|
| 5/15/2015 | 1174 |

| Vendor | Ship To |
|--------|---------|
| CELESTE STEIN DESIGNS<br>Galveston, TX | SCRUBSCO<br>5368 PINECASTLE<br>WEST CHESTER, OH 45069 |

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 1097- CMPSK... | COMPRESSION SOCKS 8 15 MM<br>BLUE MULTI PART | 100 | 6.00 | | 600.00 |
| 1143-CMPSK... | COMPRESSION SOCKS 8 MM HG<br>TATTOO PARLOR | 150 | 6.00 | | 900.00 |
| 1247-CMPSK... | COMPRESSION SOCKS 8 15 MM HG<br>0 FEET BREAST CANCER | 250 | 6.00 | | 1,500.00 |
| 1286-CMPSK... | COMPRESSION SOCKS 8 15 MM HG<br>BLACK VOGUE | 250 | 6.00 | | 1,500.00 |
| 1353-CMPSK... | COMPRESSION SOCK 8 15 MM HG<br>LEOPARD AND ROSES | 250 | 6.00 | | 1,500.00 |
| 1526-CMPSK... | COMPRESSION SOCKS 8-15MM HG<br>RAINBOW 60's | 250 | 6.00 | | 1,500.00 |
| 1534-CMPSK... | COMPRESSION SOCKS 8 15 MM HG<br>PINK BIKER HEARTS | 100 | 6.00 | | 600.00 |
| 1538-CMPSK... | COMPRESSION SOCK 8-15MM HG<br>BRIGHT MAIL | 150 | 6.00 | | 900.00 |
| 1576-CMPSK... | COMPRESSION SOCK 8 15 MM HG<br>DENIM DOTTY | 150 | 6.00 | | 900.00 |
| 1613-CMPSK... | COMPRESSION SOCK 8 15 MM HG<br>MEGAN | 150 | 6.00 | | 900.00 |
| 1614-CMPSK... | COMPRESSION SOCK 8 15 MM HG<br>GREY DOT ART | 250 | 6.00 | | 1,500.00 |
| 1671-CMPSK... | COMPRESSION SOCK 8-15 MM HG<br>BLUE FLEUR MISSONI | 250 | 6.00 | | 1,500.00 |
| 1714-CMPSK... | COMPRESSION SOCKS 8 - 15 MM HG<br>RED ALL TATTOO | 250 | 6.00 | | 1,500.00 |
| 1721-CMPSK... | COMPRESSION SOCK 8 15 MM HG<br>RASPBERRY HILL | 150 | 6.00 | | 900.00 |
| 1755-CMPSK... | COMPRESSION SOCK 8-15MM HG<br>RAINBOW LEOPARD | 100 | 6.00 | | 600.00 |

Total

# Purchase Order

Cutieful Distribution / Scrubsco

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone #   513-892-9265
Fax #   513-874-5486

cutieful4u@gmail.com
cutieful4u.com

| Date | P.O. No. |
|------|----------|
| 5/15/2015 | 1174 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 1804-CMPSK... | COMPRESSION SOCK 8-15MM HG MULTI PEACE | 100 | 6.00 | | 600.00 |
| 1806-CMPSK... | COMPRESSION SOCK 8-15 MM HG BLACK FOUNTAIN | 250 | 6.00 | | 1,500.00 |
| 1822-CMPSK... | COMPRESSION SOCK 8 15MM HG ABSTRACT ROSES | 100 | 6.00 | | 600.00 |
| 1830-CMPSK... | COMPRESSION SOCKS 8-15 MM HG MULTI GIGO | 100 | 6.00 | | 600.00 |
| 1851-CMPSK... | COMPRESSION SOCKS 8-15 MM HG BROWN LEOPARD RIVER | 200 | 6.00 | | 1,200.00 |
| 1863-CMPSK8... | COMPRESSION SOCK 8-15MM HG CELESTE STEIN | 100 | 6.00 | | 600.00 |
| 1905-CMPSK... | COMPRESSION SOCKS 8-15 MM HG TINY OWLS | 100 | 6.00 | | 600.00 |
| 1910-CMPSK... | COMPRESSION SOCK 8 15 MM HG BLUE LEOPARD | 150 | 6.00 | | 900.00 |
| 1940-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD FLOWERS | 250 | 6.00 | | 1,500.00 |
| 1945-CMPSK... | COMPRESSION SOCK 8 15 MM HG 60 S DAISIES | 100 | 6.00 | | 600.00 |
| 1967-CMPSK... | COMPRESSION SOCK 8 - 15 MM HG STAR GAZER RWB | 100 | 6.00 | | 600.00 |
| 1983-CMPSK... | COMPRESSION SOCK 8 15 MM HG SUZZI | 100 | 6.00 | | 600.00 |
| 1988-CMPSK... | COMPRESSION SOCK 8 15 MM HG TURQUOISE KLARA | 100 | 6.00 | | 600.00 |
| 264-CMPSK015 | COMPRESSION SOCK 8- 15 MM HG KITTY | 100 | 6.00 | | 600.00 |

**Total**

Cutieful Distribution / Scrubsco

# Purchase Order

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone #   513-892-9265       cutieful4u@gmail.com
Fax #     513-874-5486       cutieful4u.com

| Date | P.O. No. |
|------|----------|
| 5/15/2015 | 1174 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 265-CMPSK815 | COMPRESSION SOCK 8-15 MM HG DOGGIE | 100 | 6.00 | | 600.00 |
| 340-CMPSK815 | COMPRESSION SOCK 8-15 mm HG blackie | 150 | 6.00 | | 900.00 |
| 341-CMPSK815 | COMPRESSION SOCK  8-15 MM Hg A. POWERS | 100 | 6.00 | | 600.00 |
| 450-CMPSK815 | COMPRESSION SOCKS 8-15MM HG BLACK BUTTERFLY | 200 | 6.00 | | 1,200.00 |
| 458-CMPSK815 | COMPRESSION SOCKS 8 15 MM HG BLUE CAM | 100 | 6.00 | | 600.00 |
| 466-CMPSK815 | COMPRESSION SOCK 8 15 MM HG RAINBOW ZEBRA | 150 | 6.00 | | 900.00 |
| 522-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG CHOCOLATES | 100 | 6.00 | | 600.00 |
| 587-CMPSK815 | COMPRESSION SOCK 8-15 mm Hg Pink Fuchsia Cheetah | 150 | 6.00 | | 900.00 |
| 593-CMPSK815 | COMPRESSION SOCK 8 15 MM HG HAIRY LEOPARD | 100 | 6.00 | | 600.00 |
| 809-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG FLOW ZEBRA | 250 | 6.00 | | 1,500.00 |
| 7-CMPSK815 | COMPRESSION SOCK 8-15MM BEIGE | 60 | 2.00 | | 120.00 |

**Total**                    $36,420.00

07/16/2015 1:34 PM FAX  409 763 1064        CELESTE STEIN DESIGNS                  ☎0003/0003

9/22/15 at 16:47:04.30                                                                           Page: 1

## CELESTE STEIN DESIGNS INC.
### Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015

Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| SCRUBSCO | 5/8/13 | 13256 | SJ | 1,770.00 | | 1,770.00 |
| SCRUBSCO | 5/30/13 | 13309 | SJ | 3,342.00 | | 5,112.00 |
| | 6/11/13 | 13345 | SJ | 1,224.00 | | 6,336.00 |
| | 6/11/13 | 13346 | SJ | 1,746.00 | | 8,082.00 |
| | 6/12/13 | 1123/1124 | CRJ | | 5,112.00 | 2,970.00 |
| | 7/3/13 | 13424 | SJ | 2,484.00 | | 5,454.00 |
| | 7/3/13 | 13425 | SJ | 992.47 | | 6,446.47 |
| | 7/17/13 | 1 | CRJ | | 2,970.00 | 3,476.47 |
| | 8/2/13 | 13513 | SJ | 1,134.42 | | 4,610.89 |
| | 8/8/13 | 1 | CRJ | | 3,476.47 | 1,134.42 |
| | 8/13/13 | 13686 | SJ | 1,303.45 | | 2,437.87 |
| | 8/13/13 | 13508 | SJ | 972.00 | | 3,409.87 |
| | 8/22/13 | 13620 | SJ | 334.41 | | 3,744.28 |
| | 9/6/13 | 9/6/13 | CRJ | | 1,134.42 | 2,609.86 |
| | 9/9/13 | 13669 | SJ | 864.00 | | 3,473.86 |
| | 9/9/13 | 13670 | SJ | 3,960.00 | | 7,433.86 |
| | 9/12/13 | 9/13/13 | CRJ | | 2,275.45 | 5,158.41 |
| | 9/20/13 | 9/20/13 | CRJ | | 334.41 | 4,824.00 |
| | 9/20/13 | 13731 | SJ | 2,196.00 | | 7,020.00 |
| | 9/20/13 | 13732 | SJ | 4,050.00 | | 11,070.00 |
| | 10/3/13 | 13786 | SJ | 4,260.00 | | 15,330.00 |
| | 10/3/13 | 13789 | SJ | 6,000.00 | | 21,330.00 |
| | 10/8/13 | 10/08/13 | CRJ | | 864.00 | 20,466.00 |
| | 10/11/13 | 562 | CRJ | | 3,960.00 | 16,506.00 |
| | 10/11/13 | 13828 | SJ | 3,540.00 | | 20,046.00 |
| | 10/21/13 | 10/21/13 | CRJ | | 6,246.00 | 13,800.00 |
| | 10/21/13 | 13890 | SJ | 1,044.00 | | 14,844.00 |
| | 10/25/13 | 13908 | SJ | 13,344.00 | | 28,188.00 |
| | 11/5/13 | 11/5/13 | CRJ | | 6,000.00 | 22,188.00 |
| | 11/7/13 | 13976 | SJ | 3,198.00 | | 25,386.00 |
| | 11/12/13 | 11/12/13 | CRJ | | 4,260.00 | 21,126.00 |
| | 11/13/13 | 11/13/13 | CRJ | | 2,000.00 | 19,126.00 |
| | 11/18/13 | 11/14/13 | CRJ | | 1,500.00 | 17,626.00 |
| | 11/18/13 | 11/16/13 | CRJ | | 40.00 | 17,586.00 |
| | 11/20/13 | 11/20/13 | CRJ | | 1,044.00 | 16,542.00 |
| | 12/2/13 | 1005 | CRJ | | 13,344.00 | 3,198.00 |
| | 12/6/13 | 14161 | SJ | 1,542.00 | | 4,740.00 |
| | 12/6/13 | 14162 | SJ | 5,544.00 | | 10,284.00 |
| | 12/6/13 | 14163 | SJ | 3,491.00 | | 13,775.00 |
| | 12/6/13 | 14164 | SJ | 3,456.00 | | 17,231.00 |
| | 12/6/13 | 14165 | SJ | 1,368.00 | | 18,599.00 |
| | 12/13/13 | 1006 | CRJ | | 3,198.00 | 15,401.00 |
| | 1/8/14 | 1007 | CRJ | | 7,086.00 | 8,315.00 |
| | 1/8/14 | 1008 | CRJ | | 1,368.00 | 6,947.00 |
| | 1/10/14 | 1009 | CRJ | | 3,491.00 | 3,456.00 |
| | 1/17/14 | 1010 | CRJ | | 3,456.00 | 0.00 |
| | 1/23/14 | 14505 | SJ | 160.00 | | 160.00 |
| | 1/24/14 | 14512 | SJ | 10,938.00 | | 11,098.00 |
| | 2/7/14 | 14596 | SJ | 1,422.00 | | 12,520.00 |
| | 2/7/14 | 14597 | SJ | 12,342.00 | | 24,862.00 |
| | 2/24/14 | 0000001011 ck | CRJ | | 11,098.00 | 13,764.00 |
| | 2/26/14 | 14673 | SJ | 5,596.00 | | 19,320.00 |
| | 3/7/14 | 14709 | SJ | 1,230.00 | | 20,550.00 |
| | 3/7/14 | 14710 | SJ | 168.00 | | 20,718.00 |
| | 3/7/14 | 14711 | SJ | 4,368.00 | | 25,086.00 |
| | 3/7/14 | 14712 | SJ | 6,676.00 | | 31,762.00 |
| | 3/13/14 | 3/13SCRUBSC | CRJ | | 12,096.00 | 19,666.00 |
| | 3/19/14 | 3/19SCRUBSC | CRJ | | 1,422.00 | 18,244.00 |
| | 3/20/14 | 14752 | SJ | 222.00 | | 18,466.00 |
| | 3/20/14 | 14753 | SJ | 84.00 | | 18,550.00 |
| | 3/20/14 | 14754 | SJ | 8,166.00 | | 26,716.00 |
| | 3/25/14 | 14775 | SJ | 3,456.00 | | 30,172.00 |
| | 3/26/14 | 1013 SCRUBS | CRJ | | 5,556.00 | 24,616.00 |



09/22/2015 3:56 PM FAX   409 763 1084          CELESTE STEIN DESIGNS                    ☒0004/0007

9/22/15 at 16:47:04.35                                                                  Page: 2

# CELESTE STEIN DESIGNS INC.
## Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria Includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 24,666.00 |
| | 3/27/14 | 14794 | SJ | 37.00 | | 24,929.00 |
| | 3/27/14 | 14795 | SJ | 276.00 | | 26,567.00 |
| | 3/27/14 | 14796 | SJ | 1,638.00 | | 37,745.00 |
| | 3/27/14 | 14797 | CRJ | 11,178.00 | | 36,347.00 |
| | 4/3/14 | 1014 | CRJ | | 1,398.00 | 46,841.00 |
| | 4/4/14 | 14832 | SJ | 10,494.00 | | 50,021.00 |
| | 4/7/14 | 14839 | SJ | 3,180.00 | | 45,653.00 |
| | 4/8/14 | 4/8/14 | CRJ | | 4,368.00 | 38,977.00 |
| | 4/14/14 | 4/14/14 | CRJ | | 6,676.00 | 38,977.00 |
| | 4/25/14 | 1012,1015 | CRJ | 5.00 | 5.00 | 30,259.00 |
| | 4/25/14 | 1012,1015 | CRJ | | 8,718.00 | 30,331.00 |
| | 5/2/14 | 14965 | SJ | 72.00 | | 30,685.00 |
| | 5/2/14 | 14966 | SJ | 354.00 | | 32,689.00 |
| | 5/2/14 | 14967 | SJ | 2,004.00 | | 32,893.00 |
| | 5/2/14 | 14968 | SJ | 204.00 | | 33,937.00 |
| | 5/2/14 | 14969 | SJ | 1,044.00 | | 36,967.00 |
| | 5/2/14 | 14970 | SJ | 3,030.00 | | 37,015.00 |
| | 5/2/14 | 14971 | SJ | 48.00 | | 23,886.00 |
| | 5/2/14 | 1016 | CRJ | | 13,129.00 | 17,250.00 |
| | 5/2/14 | 5/2/14 | CRJ | | 6,636.00 | 19,650.00 |
| | 5/14/14 | 15021 | SJ | 2,400.00 | | 9,156.00 |
| | 5/15/14 | 5/15/14 | CRJ | | 10,494.00 | 9,108.00 |
| | 5/19/14 | 5/19/14 | CRJ | 48.00 | 48.00 | 6,756.00 |
| | 5/19/14 | 5/19/14 | CRJ | | 2,400.00 | 6,828.00 |
| | 5/22/14 | 15076 | SJ | 72.00 | | 16,482.00 |
| | 5/22/14 | 15079 | SJ | 9,654.00 | | 18,936.40 |
| | 5/22/14 | 15080 | SJ | 2,454.40 | | 12,180.40 |
| | 6/2/14 | 6/2/14 | CRJ | | 6,756.00 | 12,306.40 |
| | 6/2/14 | 15122 | SJ | 126.00 | | 15,819.33 |
| | 6/2/14 | 15123 | SJ | 3,512.93 | | 19,441.50 |
| | 6/9/14 | 15152 | SJ | 3,622.17 | | 22,456.73 |
| | 6/20/14 | 15198 | SJ | 3,016.23 | | 28,335.88 |
| | 6/20/14 | 15199 | SJ | 5,879.15 | | 25,881.48 |
| | 6/21/14 | 6/21/14 | CRJ | | 2,454.40 | 25,809.48 |
| | 6/21/14 | 6/21/14 | CRJ | | 72.00 | 16,155.48 |
| | 6/23/14 | 6/21/14 | CRJ | | 9,654.00 | 19,042.17 |
| | 6/30/14 | 15230 | SJ | 2,886.69 | | 15,529.24 |
| | 7/2/14 | 7/2/14 | CRJ | | 3,512.93 | 15,403.24 |
| | 7/2/14 | 7/2/14 | CRJ | | 126.00 | 20,498.41 |
| | 7/3/14 | 15236 | SJ | 5,095.17 | | 16,876.24 |
| | 7/8/14 | 7/28/14 | CRJ | | 3,622.17 | 17,476.24 |
| | 7/11/14 | 15268 | SJ | 600.00 | | 17,932.24 |
| | 7/11/14 | 15269 | SJ | 456.00 | | 20,860.35 |
| | 7/11/14 | 15270 | SJ | 2,928.11 | | 21,735.25 |
| | 7/18/14 | 15298 | SJ | 874.90 | | 25,406.42 |
| | 7/18/14 | 15307 | SJ | 3,671.17 | | 27,494.42 |
| | 7/18/14 | 15308 | SJ | 2,088.00 | | 27,819.90 |
| | 7/18/14 | 15309 | SJ | 325.48 | | 24,804.67 |
| | 7/21/14 | 7/21/14 1 | CRJ | | 3,015.23 | 18,925.52 |
| | 7/21/14 | 7/21/14 2 | CRJ | | 5,879.15 | 21,774.63 |
| | 7/22/14 | 15316 | SJ | 2,849.11 | | 22,985.54 |
| | 7/23/14 | 15334 | SJ | 1,210.91 | | 20,098.85 |
| | 7/30/14 | 7/30/14 | CRJ | | 2,886.69 | 15,003.68 |
| | 8/1/14 | 8-1 | CRJ | | 5,095.17 | 20,359.05 |
| | 8/8/14 | 15367 | SJ | 5,355.37 | | 23,224.73 |
| | 8/8/14 | 15404 | SJ | 2,865.68 | | 22,624.73 |
| | 8/11/14 | 8/11/14 | CRJ | | 600.00 | 22,168.73 |
| | 8/11/14 | 8/11/14 | CRJ | | 456.00 | 19,240.62 |
| | 8/11/14 | 8/11/14 | CRJ | | 2,928.11 | 18,365.72 |
| | 8/18/14 | 8/18/14 1 | CRJ | | 874.90 | 14,694.55 |
| | 8/18/14 | 8/18/14 2 | CRJ | | 3,671.17 | 12,606.55 |
| | 8/18/14 | 8/18/14 3 | CRJ | | 2,088.00 | 12,281.07 |
| | 8/18/14 | 8/18/14 4 | CRJ | | 325.48 | 12,281.07 |

9/22/15 at 16:47:54.37                                                                          Page: 3

## CELESTE STEIN DESIGNS INC.
### Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 8/22/14 | 8/22/14 2 | CRJ | | 2,849.11 | 9,431.96 |
| | 8/26/14 | 8/26/14 1 | CRJ | | 1,210.91 | 8,221.05 |
| | 8/29/14 | 15503 | SJ | 798.00 | | 9,019.05 |
| | 8/29/14 | 15505 | SJ | 12,527.62 | | 21,546.67 |
| | 9/2/14 | 9/2/14 1 | CRJ | | 5,355.37 | 16,191.30 |
| | 9/8/14 | 9/8/14 1 | CRJ | | 2,865.68 | 13,325.62 |
| | 9/18/14 | 15577 | SJ | 17,894.84 | | 31,220.46 |
| | 9/23/14 | 15603 | SJ | 7,951.95 | | 39,172.41 |
| | 9/23/14 | 15604 | SJ | 640.00 | | 39,812.41 |
| | 9/23/14 | 15605 | SJ | 5,796.00 | | 45,608.41 |
| | 9/25/14 | 15612 | SJ | 3,511.81 | | 49,120.22 |
| | 9/25/14 | 15621 | SJ | 5,784.09 | | 54,904.31 |
| | 9/26/14 | 15628 | SJ | 2,421.69 | | 57,326.00 |
| | 9/29/14 | 9/29/14 | CRJ | | 798.00 | 56,528.00 |
| | 9/29/14 | 9/29/14 | CRJ | | 12,527.62 | 44,000.38 |
| | 10/6/14 | 15681 | SJ | 5,269.47 | | 49,269.85 |
| | 10/17/14 | 10/17/14 | CRJ | | 7,951.95 | 41,317.90 |
| | 10/17/14 | 15757 | SJ | 360.00 | | 41,677.90 |
| | 10/17/14 | 15758 | SJ | 504.00 | | 42,181.90 |
| | 10/17/14 | 15759 | SJ | 5,169.89 | | 47,351.79 |
| | 10/22/14 | 1210 | CRJ | 6.00 | | 47,351.79 |
| | 10/22/14 | 1210 | CRJ | | 6.00 | 29,458.95 |
| | 10/22/14 | 1210 | CRJ | | 17,894.84 | 29,456.95 |
| | 10/22/14 | 15773 | SJ | 240.00 | | 29,696.95 |
| | 10/22/14 | 15774 | SJ | 11,778.47 | | 41,475.42 |
| | 10/23/14 | 10/23/14 | CRJ | | 640.00 | 40,835.42 |
| | 10/23/14 | 10/23 | CRJ | | 5,796.00 | 35,039.42 |
| | 10/27/14 | 10/27/14 | CRJ | | 3,511.81 | 31,527.61 |
| | 10/27/14 | 10/27 | CRJ | | 5,784.09 | 25,743.52 |
| | 10/27/14 | 10-27-14 | CRJ | | 2,421.69 | 23,321.83 |
| | 10/31/14 | 15856 | SJ | 12,248.61 | | 35,570.44 |
| | 11/7/14 | 11/7/14 | CRJ | | 5,269.47 | 30,300.97 |
| | 11/17/14 | 11/17/14 | CRJ | | 360.00 | 29,940.97 |
| | 11/17/14 | 11-17-14 | CRJ | | 504.00 | 29,436.97 |
| | 11/17/14 | Nov 17,2014 | CRJ | | 5,169.89 | 24,267.08 |
| | 11/20/14 | 15991 | SJ | 2,214.00 | | 26,481.08 |
| | 11/20/14 | 15992 | SJ | 6,200.26 | | 32,681.34 |
| | 11/24/14 | 11/24/14 | CRJ | | 240.00 | 32,441.34 |
| | 11/24/14 | 11-24-14 | CRJ | | 11,778.47 | 20,662.87 |
| | 12/1/14 | 11/29/14 | CRJ | | 12,248.61 | 8,414.26 |
| | 12/12/14 | 16148 | SJ | 2,464.00 | | 10,898.26 |
| | 12/12/14 | 16149 | SJ | 3,822.00 | | 14,720.26 |
| | 12/12/14 | 16150 | SJ | 9,696.29 | | 24,416.55 |
| | 12/31/14 | 12/31/14 | CRJ | | 6,200.26 | 18,216.29 |
| | 1/2/15 | 1/2/15 | CRJ | | 2,214.00 | 16,002.29 |
| | 1/16/15 | 1/16/15 | CRJ | | 2,464.00 | 13,518.29 |
| | 1/16/15 | 1/16/15 | CRJ | | 3,822.00 | 9,696.29 |
| | 1/20/15 | 1/20/15 | CRJ | | 9,696.29 | 0.00 |
| | 1/23/15 | 16332 | SJ | 1,309.82 | | 1,309.82 |
| | 1/23/15 | 16334 | SJ | 1,188.00 | | 2,497.82 |
| | 1/23/15 | 16335 | SJ | 1,306.06 | | 3,803.88 |
| | 1/30/15 | 16357 | SJ | 13,499.15 | | 17,303.03 |
| | 2/23/15 | 2/26/15 | CRJ | | 1,309.82 | 15,993.21 |
| | 2/23/15 | 2/23/15 | CRJ | | 1,188.00 | 14,805.21 |
| | 2/23/15 | 2/23/15 | CRJ | | 1,306.06 | 13,499.15 |
| | 2/27/15 | 2/27/15 | CRJ | | 5,500.00 | 7,999.15 |
| | 3/2/15 | 3/2/15 | CRJ | | 7,999.15 | 0.00 |
| | 3/4/15 | 16518 | SJ | 1,698.00 | | 1,698.00 |
| | 3/4/15 | 16525 | SJ | 11,970.00 | | 13,668.00 |
| | 3/4/15 | 16528 | SJ | 2,976.00 | | 16,644.00 |
| | 3/5/15 | 16528 | SJ | 7,284.00 | | 23,928.00 |
| | 3/20/15 | 16586 | SJ | 720.00 | | 24,648.00 |
| | 3/20/15 | 16597 | SJ | 6,678.00 | | 31,326.00 |
| | 3/27/15 | 16618 | SJ | 20,832.00 | | 52,158.00 |

9/22/16 at 16:47:54.38                                                                            Page: 4

# CELESTE STEIN DESIGNS INC.
## Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 4/1/15 | 16643 | SJ | 4,014.00 | | 56,172.00 |
| | 4/2/15 | 4/2/15 | CRJ | | 1,698.00 | 54,474.00 |
| | 4/2/15 | 4/2/15 | CRJ | | 11,970.00 | 42,504.00 |
| | 4/2/15 | 4/02/15 | CRJ | | 2,976.00 | 39,528.00 |
| | 4/6/15 | 4/6/15 | CRJ | | 7,284.00 | 32,244.00 |
| | 4/13/15 | 16692 | SJ | 1,800.00 | | 34,044.00 |
| | 4/13/15 | 16693 | SJ | 3,168.00 | | 37,212.00 |
| | 4/21/15 | 4/21/15 | CRJ | | 720.00 | 36,492.00 |
| | 4/21/15 | 4-21-15 | CRJ | | 6,678.00 | 29,814.00 |
| | 4/24/15 | 16749 | SJ | 822.00 | | 30,636.00 |
| | 4/24/15 | 16750 | SJ | 558.00 | | 31,194.00 |
| | 4/24/15 | 16751 | SJ | 28,398.00 | | 59,592.00 |
| | 4/27/15 | 4/27/15 | CRJ | | 20,832.00 | 38,760.00 |
| | 4/29/15 | 16773 | SJ | 1,392.00 | | 40,152.00 |
| | 4/29/15 | 16774 | SJ | 1,482.00 | | 41,634.00 |
| | 4/29/15 | 16775 | SJ | 5,256.00 | | 46,890.00 |
| | 5/1/15 | 16791 | SJ | 5,226.00 | | 52,116.00 |
| | 5/1/15 | 5/1/15 | CRJ | | 4,014.00 | 48,102.00 |
| | 5/13/15 | 5/813/15 | CRJ | | 1,800.00 | 46,302.00 |
| | 5/13/15 | 5/13/15 | CRJ | | 3,168.00 | 43,134.00 |
| | 5/20/15 | 16869 | SJ | 6,978.00 | | 50,112.00 |
| | 5/22/15 | 5/22/15 | CRJ | | 822.00 | 49,290.00 |
| | 5/22/15 | 5/22/15 | CRJ | | 558.00 | 48,732.00 |
| | 5/22/15 | 5-22-15 | CRJ | | 13,509.00 | 35,223.00 |
| | 5/22/15 | 16836 | SJ | 3,980.00 | | 39,203.00 |
| | 5/22/15 | 16885 | SJ | 6,200.00 | | 45,403.00 |
| | 5/26/15 | 5/26/15 | CRJ | | 14,889.00 | 30,514.00 |
| | 5/29/15 | 5/29/15 | CRJ | | 1,392.00 | 29,122.00 |
| | 5/29/15 | 5-29-15 | CRJ | | 1,482.00 | 27,640.00 |
| | 5/29/15 | 5,29,15 | CRJ | | 5,256.00 | 22,384.00 |
| | 5/29/15 | 5/29/15 | CRJ | | 5,225.00 | 17,158.00 |
| | 5/29/15 | 16903 | SJ | 1,638.00 | | 18,796.00 |
| | 5/29/15 | 16904 | SJ | 23,580.00 | | 42,376.00 |
| | 6/5/15 | 16938 | SJ | 810.00 | | 43,186.00 |
| | 6/5/15 | 16939 | SJ | 22,062.00 | | 65,248.00 |
| | 6/18/15 | 6/18/15 | CRJ | | 6,978.00 | 58,270.00 |
| | 6/19/15 | 619scr | CRJ | | 6,200.00 | 52,070.00 |
| | 6/19/15 | 0619scrubsco2 | CRJ | | 3,980.00 | 48,090.00 |
| | 6/26/15 | 6/25/15 | CRJ | | 1,638.00 | 46,452.00 |
| | 6/30/15 | 6/29/15 | CRJ | | 7,500.00 | 38,952.00 |
| | 6/30/15 | 1152 | CRJ | | 3,000.00 | 35,952.00 |
| | 7/13/15 | 713SCRUBSC | CRJ | | 1,500.00 | 34,452.00 |
| | 7/27/15 | 1155 | CRJ | | 2,000.00 | 32,452.00 |
| | 8/27/15 | DISPUTE-CHA | CRJ | 7,500.00 | | 39,952.00 |
| | 9/8/15 | 0908scrubsco | CRJ | | 7,500.00 | 32,452.00 |
| | 9/8/15 | 1157 | CRJ | | 1,000.00 | 31,452.00 |
| Report Total | | | | 535,146.24 | 503,694.24 | 31,452.00 |

Address :

Ship To: 5368 Pine Castle

West Chester, OH 4506

Bill To.

8216 ⬭ Princeton Glendale R
Box 159
West Chester, OH 45069

UPS: Tracking Information

 **Proof of Delivery**                    Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**      1Z7263040348392840
**Service:**              UPS Ground
**Weight:**               92.00 lbs
**Shipped/Billed On:**    08/05/2015
**Delivered On:**         08/05/2015 2:13 P.M.
**Delivered To:**         3368 PINECASTLE CT
                          WEST CHESTER, OH, US  45069
**Left At:**              Met Customer Woman

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  07/16/2015 12:28 P.M.  ET

   Print This Page                    Close Window



UPS: Tracking Information

**Proof of Delivery**                          Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number:          1Z7263040346226988
Service:                  UPS Ground
Weight:                   27.00 lbs
Shipped/Billed On:        06/05/2015
Delivered On:             06/10/2015 3:14 P.M.
Delivered To:             5388 PINECASTLE CT
                          WEST CHESTER, OH, US 45069
Left At:                  Porch

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  07/16/2015 12:33 P.M.  ET

Print This Page                              Close Window

Renee Rochkind

| | |
|---|---|
| From: | Renee Rochkind |
| Sent: | Friday, July 10, 2015 3:39 PM |
| To: | 'tom landrith'; Cutieful 4U |
| Cc: | Celeste Stein; Dori Golan; 'alton@acllaw.com' |
| Subject: | RE: Past Due Invoices |

No it would not help but thank you for the ofer.

You are under the impression that we discontinued doing business with you. We are not shipping at this time because of your outstanding balance on past due invoices totalling $34,452.00. This has caused a serious breakdown in our business relationship. Distributors are expected to pay on time. Since this is not happening you have lost your distributorship. Please retain an attorney in Texas. The law firm of Alton Todd will be in touch.

Renee Rochkind

**From:** tom landrith [mailto:tomlandrith@gmail.com]
**Sent:** Friday, July 10, 2015 1:38 PM
**To:** Cutieful 4U
**Cc:** Renee Rochkind; Celeste Stein; Dori Golan
**Subject:** Re: Past Due Invoices

Renee,

If it would help we can return some inventory to help offset our outstanding debt?

Tom

On Fri, Jul 10, 2015 at 2:34 PM, Cutieful 4U <cutieful4u@gmail.com> wrote:
Hello All,

Your decision to discontinue our business relationship has caused us to have serious financial issues in the short term. We will continue to make payments on a weekly basis. If you choose to use legal representation we will work directly with him or her.

Tom

On Fri, Jul 10, 2015 at 1:28 PM, Renee Rochkind <ReneeRochkind@celestestein.com> wrote:

Tom,

A check was received today for $1,500.00. This is not acceptable.

The invoices listed below will need to be paid in full by Monday, July 13, 2015. If we do not receive it will be turned over to a lawyer.

1

Inv. 16904   $11,580.00

Inv. 16938   $    810.00

Inv. 16939   $22,062.00

**TOTAL**        $34,452.00

Renee Rochkind

Collections

Cutieful Distribution
ph. 513-892-9265
fax 513-874-5486
cutieful4u@gmail.com
www.cutieful4U.com

--
Tom Landrith
Cutieful Distribution

Independent Rep for
Barco Uniforms

cell: 513-238-7190
fax:  513-874-5486
tomlandrith@gmail.com

2



**Cutieful Distribution**

8216 Princeton-Glendale Road Box 199

West Chester, OH 45069

Tel: (513)892-9265

Fax: (513)874-5486

cutieful4u.com

cutieful

### Price List Effectve October 15, 2015

| | | |
|---|---|---|
| **Cutieful Compression Socks** | | |
| 0815 MM HG | All Designs | $ 6.50 EA |
| | | |
| **Purse Key Finders** | All Designs | $ 3.95 EA |
| | | |
| **Pepper Spray** | | |
| | Spitfire | $ 8.99 EA |
| | Hard Case | $ 5.99 EA |
| | Lipstick | $ 5.99 EA |
| | Runner | $ 5.99 EA |
| | Camo | $ 5.99 EA |
| | Floral Designer | $ 5.99 EA |





# cutieful

## We're Back!

New catalog, new designs, new packaging.
Enclosed you will find our new catalog and order form.

### *Hope you like it!*

*Special Sale*

## Buy 36 Pieces
(Finders Key Purse and Pepper spray included)

# SAVE 10%

Write SALE on the top of the order form
and we will take care of the rest.

Thank you for your past support.
We look forward to working with you in the future.



**Cutieful Distribution**  ⁜  8216 Princeton-Glendale  ⁜  Box 199  ⁜  West Chester, OH 45069
www.cutieful4u.com  ⁜  phone: 513.892.9265  ⁜  fax: 513.874.5486  ⁜  email: cutieful4u@gmail.com







GEOMETRIC STYLE

A Happy Place for Hardworking Legs.

95% Nylon, 5% Spandex, Latex Free, 8-15mm/Hg Compression. Printed in the United States.

#0815-GMF
GEOMETRIC
FOLK

#0815-RGM
RETRO
GEOMETRIC

#0815-GMA
GEOMETRIC
AZTEC

#0815-HDT
HOUNDSTOOTH

#0815-MCD
MULTI-COLORED
DIAMOND

#0815-OCW
OCEAN
WAVES

cutieful
THERAPEUTIC
Compression Socks

#0815-PDB
PAINT
DAUBS

#0815-RBD
RAINBOW
DIAMOND

#0815-ZZG
ZIG-ZAG
GRUNGE

#0815-MEY
MAGIC
EYE

cutieful

Cutieful Distribution  ✧  8216 Princeton-Glendale  ✧  Box 199  ✧  West Chester, OH 45069
www.cutieful4u.com  ✧  phone: 513.892.9265  ✧  fax: 513.874.5486  ✧  email: cutieful4u@gmail.com



ANIMAL PRINTS & PAISLEYS

A Happy Place for Hardworking Legs.

95% Nylon, 5% Spandex, Latex Free, 8-15mm/Hg Compression. Printed in the United States.

#0815-BPY
BRIGHT PAISLEY

#0815-FTH
FEATHERS

#0815-PCE
60'S PEACE

#0815-ANF
ANIMAL FIRE

#0815-PPY
PURPLE PAISLEY

cutieful
THERAPEUTIC
Compression Socks

#0815-COW
COW

#0815-NAM
NEON ANIMAL MIX

#0815-PZB
PAINTED ZEBRA

#0815-PKL
PINK LEOPARD

#0815-ZEB
ZEBRA

cutieful

Cutieful Distribution ✧ 8216 Princeton-Glendale ✧ Box 199 ✧ West Chester, OH 45069
www.cutieful4u.com ✧ phone: 513.892.9265 ✧ fax: 513.874.5486 ✧ email: cutieful4u@gmail.com





## CUTE & CUDDLY CRITTERS

### A Happy Place for Hardworking Legs.

95% Nylon, 5% Spandex, Latex Free, 8-15mm/Hg Compression. Printed in the United States.

#0815-WBF
WHITE
BUTTERFLY

#0815-BMK
BLUE MONKEY

#0815-BBF
BLACK
BUTTERFLY

#0815-PMK
PINK MONKEY

#0815-LGO
LARGE OWLS

**cutieful**
THERAPEUTIC
Compression Socks

#0815-DPD
DAPPER
DOGS

#0815-BKO
BLACK OWLS

#0815-CZC
CRAZY CATS

#0815 ACD
AUTUMN
CATS & DOGS

#0815-BCD
BRIGHT
CATS & DOGS

**cutieful**

Cutieful Distribution ✧ 8216 Princeton-Glendale ✧ Box 199 ✧ West Chester, OH 45069
www.cutieful4u.com ✧ phone: 513.892.9265 ✧ fax: 513.874.5486 ✧ email: cutieful4u@gmail.com



# HEARTS, SKULLS & CAMO

## A Happy Place for Hardworking Legs.

95% Nylon, 5% Spandex, Latex Free, 8-15mm/Hg Compression. Printed in the United States.

#0815-PCO
PINK CAMO

#0815-IHT
IZZY HEARTS

#0815-GCO
GREEN CAMO

#0815-RHT
RED HEARTS
XOXO

#0815-BCO
BLUE CAMO

cutieful
THERAPEUTIC
Compression Socks

#0815-MHT
MULTI HEARTS
XOXO

#0815-PSK
PINK SKULLS

#0815-PHT
PURPLE HEARTS
XOXO

#0815-BSK
BLACK SKULLS

#0815-LHT
LINKED HEARTS

cutieful

Cutieful Distribution ❖ 8216 Princeton-Glendale ❖ Box 199 ❖ West Chester, OH 45069
www.cutieful4u.com ❖ phone: 513.892.9265 ❖ fax: 513.874.5486 ❖ email: cutieful4u@gmail.com





**Notice**: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to advise of the same as soon as possible

## THE DISTRICT COURTS OF GALVESTON COUNTY CIVIL CASE INFORMATION STATEMENT

| The case Information Statement is for administrative purposes only. It shall be filed with the Parties Original Pleadings and shall be served upon all other parties to the action. All Status Conferences will be set for Thursdays following 90 days from the date of filing according to each Courts scheduled times ||
|---|---|
| 10th District Court – 9:00 A.M. | 212th District Court – 9:00 A.M. |
| 56th District Court – 9:30 A.M. | 405th District Court – 10:00 A.M. |
| 122nd District Court – 9:30 A.M. | |

### Notice of Status Conference Setting: Please calendar this event
### Date: 01/28/2016 set in the 405th District Court District Court

Case Number:   15-CV-1174
Case Style:      Celeste Stein Designs, Inc vs. Scrubsco, Ltd., Et Al
Case Type:      Other Civil - Cases

**Name of Primary Attorney filing this form**          **Name of Opposing Attorney, if known**

| Attorney Name | Attorney Name |
|---|---|
| Attorney Bar No. | Attorney Bar No. |
| Attorney Address | Attorney Address |
| Attorney Phone No._____ | Attorney Phone No. _____ |
| Attorney Fax  No. | Attorney Fax  No. |

Briefly describe the case, including special characteristics that may warrant extended discovery or accelerated disposition.
If discovery **LEVEL 3** is requested, explain why.  Attach additional sheets, if necessary.

Estimated time for discovery                         Estimated trial time

Do you presently anticipate adding any parties?      If so when?

**Level Assignment Preferred: (please check one)**

| Level 1 | Level 2 | Level 3 |
|---|---|---|
| $50,000  or  less | All Other Cases | Court Order Only |

Is this case suitable for ADR? (yes or no)_____   ADR Method? _____

Signature of Attorney_____.

Printed Name of Attorney:_____   Date signed _____

Filed: 12/14/2015 6:30:47 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 8233038
By: Ann Vaughn
12/15/2015 8:15:00 AM

**405th District Court of GALVESTON County, Texas**
722 MOODY 6TH FLOOR GALVESTON TX 77550

Case #: 15-CV-1174

CELESTE STEIN DESIGNS, INC.

*Plaintiff*

**vs**

SCRUBSO LTD., AND THOMAS LANDRITH

*Defendant*

## AFFIDAVIT OF SERVICE
(Private Process)

I, ___Dale Dorning___ , being duly sworn deposes
That I am a competent person more than 18 years of age or older and not a party to
this action. That I received the documents stated below on 11/30/15 instructing
for same to be delivered upon **Scrubso LTD By Delivering To Its Registered Agent, Thomas Landrith.**

That I delivered to      : ___Scrubsco LTD by Serving Thomas Landrith___

the following            : **CITATION; PLAINTIFF'S ORIGINAL PETITION; CIVIL CASE INFORMATION STATEMENT**

at this address          : ___5368  Pine Castle Ct___
                           ___West Chester, Oh   45069___

Manner of Delivery       : [✓] by PERSONALLY delivering the document(s) to the person above.
                           [_] by SUBSTITUTE SERVICE per Order by delivering to the above named
                               person at the usual place of abode/business
                           [_] by POSTING per Order by securely affixing to the main entry

Date and time            : ___12/1/15    7:00pm___

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

___12/1/15___                          _____
Date                                   Signature of Server
                                       Lic#: ___N/A___   Expiration: _____

On this day ___Dale Dorning___ appeared before me, a notary public, and
being duly sworn by me stated that he/she has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts contained therein are
true and correct.  Given my hand and seal of office this ___15t___ day
of ___December___ 20 _15_.

PCP Inv. #A15B06991                    _____
Private Process Server                 NOTARY PUBLIC

Todd, Alton C.
The Law Firm Of Alton C. Todd.

christyb

VALENTINA DORNING
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 12-15-2015

Service Fee:_____
Witness Fee:_____
Mileage Fee:_____        **E-FILE AFF**

@

AX02A15B06991

Filed: 12/28/2015 12:55:05 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 8376136
By: Shailja Dixit
12/28/2015 1:03:25 PM

CASE NO. 15-CV-1174

| | | |
|---|---|---|
| CELESTE STEIN DESIGNS, INC., | § | IN THE DISTRICT COURTS OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO, LTD. and | § | |
| THOMAS LANDRITH, | § | |
| | § | |
| Defendants. | § | 405th DISTRICT COURT |

## DEFENDANT SCRUBSCO, LTD'S ORIGINAL ANSWER

Defendant Scrubsco, Ltd. ("Defendant"), for its Original Answer to the Petition filed against it by Plaintiff, Celeste Stein Designs, Inc. ("Plaintiff"), respectfully states as follows:

### A.
### GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendant generally denies the allegations contained in the Plaintiff's Petition.

### B.
### VERIFIED DENIALS

There is a defect in parties as Defendant Thomas Landrith was, at all times, acting as a representative of Defendant Scrubsco, Ltd. and is therefore not liable in the capacity in which he is sued.

The account Plaintiff has sued upon is not as alleged by the Plaintiff because the Defendant was a distributor, not a mere purchaser of Plaintiff's goods.

### C.
### AFFIRMATIVE DEFENSES

For further defense, if any is necessary, Defendant alleges as follows:

1.      Plaintiff is estopped from pursuing its claims.

2.      Plaintiff has unclean hands.

3.      Plaintiff has failed to mitigate its alleged damages.

4.      The amount Plaintiff has sued for is improperly alleged and improperly calculated.

5.      The Plaintiff has failed to account for all credits and offsets.

6.      The Plaintiff has acted in bad faith.

**D.**
**CONCLUSION**

For the foregoing reasons, Defendant Scrubsco, Ltd. respectfully requests that, after hearing and trial, Plaintiff's claims be denied in their entirety and that Defendant be awarded its reasonable and necessary attorneys' fees incurred in defense of Plaintiff's claims.

Respectfully submitted,

**RENSHAW NORWOOD, PLLC**

*/s/ Justin W. R. Renshaw*
Justin W. R. Renshaw
Texas Bar No. 24013392
2900 Weslayan, Suite 230
Houston, Texas 77027
(713) 400-9001 (direct)
(713) 400-9006 (fax)
justin@renshaw-norwood.com

*Attorneys for Defendants,*
*Scrubsco, Ltd. and*
*Thomas Landrith*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing on all counsel of record by electronic service, email, fax, and/or U.S. Mail on this 28th day of December, 2015:

Alton C. Todd
The Law Firm of Alton C. Todd
312 S. Friendswood Drive
Friendswood, Texas 77546
(281) 992-8633
(281) 648-8633 (fax)

*/s/ Justin W. R. Renshaw*

## UNSWORN DECLARATION PURSUANT TO
## TEX. CIV. PRAC. & REM §132.001

My name is Thomas Landrith.  My date of birth is _____, 19\_\_\_ and my address is 5368 Pinecastle Ct., West Chester, Ohio 45069.  I declare under penalty of perjury that the facts contained in the foregoing Answer to Plaintiff's Petition are true and correct.

Executed in Butler County, State of Ohio, on this \_\_\_\_\_ day of December, 2015.


Thomas Landrith

## UNSWORN DECLARATION PURSUANT TO
## TEX. CIV. PRAC. & REM §132.001

My name is Thomas Landrith.  My date of birth is _June 11_____, 19 63 and my address is 5368 Pinecastle Ct., West Chester, Ohio 45069.  I declare under penalty of perjury that the facts contained in the foregoing Answer to Plaintiff's Petition are true and correct.

Executed in Butler County, State of Ohio, on this _27_ day of December, 2015.

_____

Thomas Landrith

Filed: 9/20/2016 12:07:43 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 12796896
By: Lisa Kelly
9/20/2016 1:18:55 PM

NO. 15-CV-1174

| | | |
|---|---|---|
| CELESTE STEIN DESIGNS, INC. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO LTD., and | § | |
| THOMAS LANDRITH | § | |
| DEFENDANTS. | § | 405th JUDICIAL DISTRICT COURT |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PLAINTIFF CELESTE STEIN DESIGNS, INC., (hereinafter "Plaintiff Stein Designs") complaining of Defendants, SCRUBSCO, LTD. (hereinafter "Defendant SCRUBSCO") and THOMAS LANDRITH (hereinafter "Defendant Landrith"), in the course of his employment, and for causes of action respectfully shows the Court the following:

## DISCOVERY CONTROL PLAN

1.  Pursuant to Tex. R. Civ. P. 190.1, Plaintiff intends to conduct discovery under Rule 190.3, Level 2.

## PARTIES

2.  Plaintiff, CELESTE STEIN DESIGNS, INC., is a domestic corporation and doing business at 7801 Bayside Avenue, Galveston, TX, 77554.

1

3.      Defendant, SCRUBSCO, LTD., is a foreign limited liability company, duly organized and existing by virtues of the laws of the State of Ohio, doing business in the State of Texas, and has been served with process and filed an answer herein.

4.      Defendant, THOMAS LANDRITH, is a resident of the State of Ohio, and he may be served with citation and has been served with process and filed an answer herein.

## Jurisdiction & Venue

5.      The present Court has personal jurisdiction over the Plaintiff, STEIN DESIGNS, as it is a citizen of Texas with its principal place of business in Texas and Defendant SCRUBSCO and Defendant LANDRITH, in his individual capacity and in the course of his employment, both have minimum contacts with the State of Texas.  The Court has subject matter jurisdiction as the amount in controversy is within the limits of the Court, and no other court has exclusive jurisdiction in that Plaintiff, STEIN DESIGNS, sues for total damages less than $75,000.

6.      Venue is proper in the present forum as this cause of action accrued in whole or in substantial part, in Galveston County, Texas,  pursuant to Tex. Civ. Prac. & Rem. Code § 15.002.

## Request Pursuant To Rule 28

7.      To the extent that Defendant SCRUBSCO is  conducting business pursuant to a trade name or assumed name not listed as a named party to this suit, then suit is

2

brought against Defendant SCRUBSCO and, pursuant to the terms of Rule 28 of the Texas

Rules of Civil Procedure,  Plaintiff hereby demands that upon answer to this suit,

Defendant SCRUBSCO  answer in its correct legal and assumed names.

## Factual Background

8.      This suit is brought as an  open account for the sale of goods and

merchandise. As shown in the itemized and verified account attached hereto and on the

dates evidenced in past invoices, Plaintiff STEIN DESIGNS sold goods to Defendant

SCRUBSCO on a contract for an open account in the regular course of business. The names

used on the account were those of Defendant, SCRUBSCO in their business enterprise.

Defendant SCRUBSCO received and accepted the goods. (See attached Exhibit "E," Proof

of Delivery). Upon acceptance, Defendant SCRUBSCO promised to and became bound to

pay the agreed prices, as specifically shown in the past invoices.  Defendant SCRUBSCO

has yet to pay the amount due and owing of  $34, 452.00. (See Exhibit "A," Aged

Receivables As of September 30, 2015). Plaintiff STEIN DESIGNS sent two letter demanding

payment on past due invoices on July 28, 2015 and August 12, 2015, attached as Exhibit

"B." The price for the goods accepted by Defendant SCRUBSCO were reasonable, fair and

itemized in the invoices reflecting a request for payment. (See Celeste Stein Designs, Inc.

itemized invoices, purchase orders, and outstanding Scrubsco Invoices attached as Exhibit

"C"). Statements requesting payment were sent to Defendant SCRUBSCO  and systematic

records of the debt have been kept by Plaintiff STEIN DESIGNS, INC. (See Celeste Stein

Designs, Inc.'s Customer Ledgers for SCRUBSCO, attached as Exhibit "D").

9.     Plaintiff STEIN DESIGNS has "designed and manufactured over 2 million pairs of printed socks, tights, and leggings." *See* www.celestestein.com/About. Plaintiff STEIN DESIGNS is one of the "leading manufacturers of printed hosiery" and is "internationally recognized for [their] design and production capabilities." *Id.* Specifically, Plaintiff STEIN DESIGNS designs and manufactures printed compression socks.   In connection with its business activities, Plaintiff STEIN DESIGNS has innovatively developed its own compression socks, and its own patterns. Plaintiff STEIN DESIGNS manufactures, markets, and sells these compression socks to customers and potential customers, including Defendant SCRUBSCO. Further, Plaintiff STEIN DESIGNS has created and developed these compression socks and patterns at a substantial expense and burden. Defendant SCRUBSCO maintained an open account with Plaintiff STEIN DESIGNS and purchased several pattern compression socks over time. (Exhibit C).

10.     In July of 2015, Defendant SCRUBSCO had a significant outstanding balance that was past due on that account. (Exhibit B and Exhibit C). Plaintiff STEIN DESIGNS notified Defendant SCRUBSCO of the stopped shipping of products until the outstanding balance was rightfully paid (See Exhibit "F"). In October, 2015, Defendant SCRUBSCO, with a significant balance still owed to Plaintiff STEIN DESIGNS, released a catalog by "Cutieful Distributions" "by SCRUBSCO," (catalog attached as Exhibit "G") that contained and marketed "Cutieful" compression socks as well as patterns exactly as those innovatively designed and manufactured by Plaintiff STEIN DESIGNS. *See* http://www.mysockspot.com/aboutus.asp.

4

11.     Defendant SCRUBSCO obtained these compression sock designs and patterns through improper means and under circumstances giving rise to a duty not to disseminate the trade secret without Plaintiff STEIN DESIGNS' permission.

12.     Since obtaining and disseminating Plaintiff STEIN DESIGNS' innovative pattern designs and compression socks, Defendant SCRUBSCO has used them for purposes of marketing and selling those same designs for independent economic profit. Defendant SCRUBSCO is using Plaintiff STEIN DESIGNS' established designs to compete directly with Plaintiff STEIN DESIGNS in the same business industry. Plaintiff STEIN DESIGNS has incurred significant damages as a result of Defendant, SCRUBSCO'S, misappropriation and illegal use of Plaintiff STEIN DESIGNS'S compression socks and patterns.

## FACTS COMMON TO CLAIMS OF UNFAIR COMPETITION, TRADEMARK INFRINGEMENT, AND TRADE DRESS

13. As stated above, Plaintiff STEIN DESIGNS has innovative pattern designs for its compression socks. Among the several designs, there are "best-sellers."

14. Plaintiff STEIN DESIGNS created an innovative knit technique for the 8-15 compression sock called "tubular thin graduated" "therapeutic" compression socks. The heel of the sock is in the shape of a tube rather than a square ("heel to toe"). Plaintiff STEIN DESIGNS named this particular sock using the word "therapeutic" compression sock, and it has been on the market since early 2012 and has been the only one on the market with this knit technique/formation associated with the word "therapeutic." Plaintiff has also

had other types of compression socks with various patterns. During this time, a business relationship with Defendant SCRUBSCO, as distributor, existed.

15. Defendant SCRUBSCO had a prior business relationship with Plaintiff STEIN DESIGNS. Defendant SCRUBSCO was a distributor of Plaintiff STEIN DESIGNS products to sales representatives within the industry. The business relationship ended on July 10, 2015 when Defendant SCRUBSCO, due and owing tens of thousands of dollars to Plaintiff STEIN DESIGNS, lost its distributorship due to the outstanding balance owed to Plaintiff STEIN DESIGNS (*See Exhibit F* ).

15. Once the distributorship with Plaintiff STEIN DESIGNS ended, Plaintiff STEIN DESIGNS was notified of a flyer circulated by Defendant SCRUBSCO within the industry to sales representatives. The flyer, attached as Exhibit H, shows Defendant SCRUBSCO advertising by the name of "Cutieful" with a butterfly logo and the wording "DISTRIBUTORS OF COMPRESSION SOCKS...." It also blatantly shows PLAINTIFF STEIN DESIGNS' crown logo in the bottom corner of the flyer. This representation of association, affiliation, endorsement, or connection to Plaintiff in any way was not approved by Plaintiff STEIN DESIGNS.

16. Conveniently, with the business relationship at an end and Defendant SCRUBSCO, due and owing Plaintiff STEIN DESIGNS $34,452.00, Defendant SCRUBSCO released a catalog and started its own line of "therapeutic" tubular thin graduated compression socks, and other compression socks with patterns strikingly similar to those

of the best sellers it had when it was the distributor of Plaintiff STEIN DESIGNS' patterns and compression socks. Defendant SCRUBSCO began manufacturing and packaging these socks in almost identical packaging and placed them in the marketplace for sale.

17. Plaintiff STEIN DESIGNS and Defendant SCRUBSCO market and sell compression sock products to a similar community of buyers, including sales representatives and representatives at national trade shows that may buy the items in bulk. The marketing techniques and the compression sock products of Plaintiff STEIN DESIGNS flow through particular industry channels of sale. In order to sell the products, manufacturers such as your Plaintiff attend national trade shows and have their products sold in stores. Plaintiff STEIN DESIGNS has been attending these trade shows for years and built a well known reputation and goodwill within the compression sock industry of buyers, distributors and sales representatives alike.

18.    The packaging and marketing techniques of Defendant SCRUBSCO are remarkably similar to those of Plaintiff STEIN DESIGNS.

18. Plaintiff STEIN DESIGNS has been openly marketing its compression socks to buyers with a radial ad design since 2013. (See Exhibit I). Once the distributorship ended between the parties and Defendant SCRUBSCO began to market and sell its own line of socks to the same community of buyers through the same channels of the industry, Defendant SCRUBSCO conveniently used the same exact style of marketing ad: the radial ad design used by Plaintiff STEIN DESIGNS. (Compare Exhibit I to Exhibit J). It showcases

the sock designs in a radial fashion. The radial is formed by several consecutive depictions of compression socks. Plaintiff STEIN DESIGNS has its crown logo at the center of the circular ad. Compare this with the butterfly logo of Defendant SCRUBSCO at the center of its circular ad.

19.     Defendant SCRUBSCO, as a prior business distributor of Plaintiff STEIN DESIGNS' compression socks, was informed of Plaintiff STEIN DESIGNS' packaging of its well-known "therapeutic" compression socks and other compression socks with almost identical patterns within the industry. Not only was Defendant aware of Plaintiff STEIN DESIGNS' packaging, it was also previously associated with Plaintiff STEIN DESIGNS as to these particular products in a business relationship and once that relationship ended continued to associate with your Plaintiff. (See Exhibit H). When Defendant SCRUBSCO released its own line of tubular thin graduated 8-15 compression socks, of lesser quality, and other compression socks of similar patterns to your Plaintiff and of lesser quality, it conveniently had the *same* packaging, including the same underlying design template for its packaging, the wording and labeling. The white packaging at the top of the product is the same size and has nearly identical wording.  The next part of the Defendant SCRUBSCO'S packaging has a thick white material binding the sock together that is the same size, color, template and shape of your Plaintiff's. (See Exhibit K). On the back of the product, Plaintiff STEIN DESIGNS has a very distinct means of wrapping the packaging of the sock where there is a circular form of closure to hold the pair of socks together. The packaging is wrapped at the same place and in the same exact way by Defendant

SCRUBSCO. It also has a very similar template, especially for "wear instructions," where there is a block of color with white type print to showcase the instructions. Plaintiff STEIN DESIGNS uses pink font at the top of the packaging with a pink block for Wear Instructions. Defendant SCRUBSCO uses blue font at the top of the packaging with a blue block for Wear Instructions. (See Exhibit L).

20.     On the front of the packaging, is Defendant SCRUBSCO'S logo and also the word "therapeutic." Compare the two packaged products with similar packaging elements and placements of graphics, including the word "therapeutic," in *Exhibit K*. Since the launch of this particular compression sock in early 2012, Plaintiff STEIN DESIGNS has and is the only one to use this word when marketing compression socks for non-medical use. Plaintiff did not approve Defendant SCRUBSCO'S use of its word and unregistered mark, "therapeutic." Knowing the strength of the unregistered mark in the compression sock community through its prior business relationship as a distributor for Plaintiff STEIN DESIGNS, Defendant SCRUBSCO intended to use the same packaging template, placement of graphics and wording, and elements widely used for years by Plaintiff STEIN DESIGNS. Defendant SCRUBSCO intended to capitalize on Plaintiff STEIN DESIGNS' well-known reputation in the compression sock industry and its goodwill with other distributors, sales representatives and purchasers by manipulating its prior business relationship with your Plaintiff.

9

21. Instead of paying the owed amount to Plaintiff STEIN DESIGNS which ultimately led to the termination of Defendant SCRUBSCO's title as distributor for your Plaintiff, Defendant SCRUBSCO launched its own line of "therapeutic" compression socks and other compression socks mimicking the line of its prior business partner and manufacturer, Plaintiff STEIN DESIGNS. Further, instead of creating its own product, packaging technique, design, patterns, ads and marketing techniques, Defendant SCRUBSCO intentionally chose to adopt those owned by one of its prior holders of distributorship, Plaintiff STEIN DESIGNS. Defendant SCRUBSCO, as a prior distributor of your Plaintiff, imitated a line including packaging and patterns that is confusingly similar to Plaintiff STEIN DESIGNS' line that has been widely recognized nationally in the compression sock industry since early 2012 and before.

### Liability for the Debt

13. Plaintiff STEIN DESIGNS made proper demand, on July 28, 2015 and August 12, 2015, for payment on past due and owing invoices for the sale of goods to Defendant SCRUBSCO. Defendant SCRUBSCO has failed to pay the account balance due of $34,452.00. All proper credits due to Defendant SCRUBSCO, if any, have been properly made. Defendant SCRUBSCO'S failure to comply with the demand for payment that is due and owing causes Defendant SCRUBSCO to be liable on this debt.

### Attorney's Fees

14. The failure of Defendant SCRUBSCO to pay the account balance owed to Plaintiff STEIN DESIGNS. has made it necessary for Plaintiff STEIN DESIGNS to employ

the undersigned attorney to sue on the account. The claim for payment was presented to Defendant SCRUBSCO more than thirty (30) days prior to the filing of this suit and remains unsatisfied. *See* Exhibit "A" (demand letters) and Exhibit "B" (aged receivables). Plaintiff STEIN DESIGNS is entitled to recover reasonable and necessary attorney's fees.

### Liability for Misappropriation of Trade Secrets

15.     Plaintiff STEIN DESIGNS was at all times material to this litigation the owner of trade secrets involving the compression socks themselves and the creative, innovative design and/or pattern, manufacturing and marketing of pattern compression socks.

16.     Defendant SCRUBSCO improperly acquired the compression sock process and patterns designed by Plaintiff STEIN DESIGNS and misappropriated them to its own use by adopting the compression sock and its patterns of Plaintiff STEIN DESIGNS and using it to create a new product under Defendant SCRUBSCO'S business name and market the products in an October 2015 catalog for independent economic profit and in direct competition with Plaintiff STEIN DESIGNS.

17.     Plaintiff STEIN DESIGNS incurred substantial damages as a direct and proximate result of Defendant SCRUBSCO'S illegal use of Plaintiff STEIN DESIGNS' compression socks and unique compression sock patterns manufactured for sale nationwide. Further, this misrepresentation and misappropriation is wilful and malicious because Defendant SCRUBSCO has a past due balance with Plaintiff STEIN DESIGNS, including for the sale of compression socks, (Exhibit A, B and C)**.**

11

### Damages for Misappropriation of Trade Secrets

18.    As a result of Defendant SCRUBSCOS misappropriation of trade secrets through illegal use, Plaintiff STEIN DESIGNS has suffered actual and consequential damages in the form of lost profits and lost sales in an amount less than the minimum jurisdictional limit of this Court but not more than $75,000.  Defendant SCRUBSCO'S conduct of stealing Plaintiff STEIN DESIGNS' unique compression sock process and patterns and using them to obtain independent economic profit was committed intentionally, knowingly, and with disregard of Plaintiff STEIN DESIGNS' rights, thus Plaintiff STEIN DESIGNS is entitled to exemplary damages in an amount not less than the maximum amount permitted by applicable law but not more than $75,000.  As a result of releasing an October 2015 catalog marketing for sale the same style of unique compression socks and designs of Plaintiff STEIN DESIGNS,  the Defendant SCRUBSCO used actual misappropriation to gain commercial advantage. Plaintiff STEIN DESIGNS requests permanent injunctive relief under Tex. Civ. Prac. & Rem. Code 134A.003.

### Prejudgment Interest for Misappropriation of Trade Secrets

19.    In addition to the above and foregoing allegations, Plaintiff STEIN DESIGNS further pleads its entitlement to prejudgment interest at the highest rate allowed by Texas law.

### State and Common Law Unfair Competition Claims

20.    Plaintiff STEIN DESIGNS incorporates the preceding paragraphs herein.

21.   Plaintiff STEIN DESIGNS has consistently used the packaging, packaging design template and color fills, labeling and wording, including "therapeutic," and marketing techniques such as the radial ad since early 2012 in connection with 8-15' compression socks. *See Exhibits K, L.* This packaging in combination with the use of the word "therapeutic" and use of radial ads industry wide to buyers, including but not limited to sales representatives, is distinctive of Plaintiff STEIN DESIGNS well-known compression sock business.

22.   Since 2015, Defendant SCRUBSCO has failed to pay the account balance due of $34,452.00 for the purchase of compression socks from Plaintiff STEIN DESIGNS. After the failure of payment to your Plaintiff and also since 2015, Defendant SCRUBSCO created and has been using a confusingly similar packaging on its compression socks, a confusingly similar design template for the packaging, confusingly similar wording,  including but not limited to the word "therapeutic" on its packaging to the same industry of buyers. Defendant SCRUBSCO knew of Plaintiff STEIN DESIGNS' marks based on its previous lengthy distributorship with your Plaintiff.  Defendant SCRUBSCO, known to the public of compression sock buyers as a long time business affiliate and distributor of Plaintiff STEIN DESIGNS, intended to fraudulently deceive the public into believing the compression socks sold by Defendant SCRUBSCO were actually those of Plaintiff STEIN DESIGNS, as the source, or that Plaintiff STEIN DESIGNS sponsored, endorsed, or was affiliated in connection with Defendant SCRUBSCO'S use of the marks for the goods and services. *See Exhibits K, L and H.*

23.     Defendant SCRUBSCO willfully adopted the packaging, word, and use of marketing techniques on the compression sock product and these activities constitute unfair competition under Tex. Bus. & Comm. Code Section 16.29 and State of Texas common law, unjust enrichment and passing off. Further, the continued use of these marks creates a likelihood of confusion to the public of compression sock buyers. These buyers will be confused through this deceit and Defendant SCRUBSCO will profit from the hard earned goodwill and reputation of Plaintiff STEIN DESIGNS.

24.     The second element of unfair competition as it relates to Plaintiff STEIN DESIGNS is the innovative patterns printed onto the compression socks. Plaintiff STEIN DESIGNS has  innovatively designed several sock patterns to sell to the public. Many of these patterns have been sold for years, including "best sellers" sold by Defendant SCRUBSCO as distributor for Plaintiff STEIN DESIGNS in the past. For example, the "doggie" pattern as shown in *Exhibit P*, attached, is directly from Plaintiff STEIN DESIGNS website and has been sold for at least a decade. Further, Plaintiff STEIN DESIGNS has an agreement with a breast cancer organization for a portion of proceeds from sales of a specific design by Plaintiff STEIN DESIGNS, shown in *Exhibit Q*, to go back to that organization.

25.     This combination of pattern features creates a comprehensive, industry wide trade dress image to buyers, including but not limited to sales representatives. This element of trade dress is known industry wide to the material groups of compression sock buyers and the public and has been associated with Plaintiff STEIN DESIGNS' business for years.

14

The inclusive pattern features referenced above are distinctive and unique of Plaintiff STEIN DESIGNS' as a business. Additionally, these printed patterns and designs, including design template have been associated with Plaintiff STEIN DESIGNS' business as the source of the compression sock product consistently over the years. In totality, this overall combination of patterns directly identify in connection with the well-known business of Plaintiff STEIN DESIGNS, not just the compression sock for purchase. *See Exhibits K, L, and H, See www.celestestein.com.*

26.     Since 2015, Defendant SCRUBSCO has failed to pay the account balance due of $34,452.00 for the purchase of compression socks from Plaintiff STEIN DESIGNS. After the failure of payment to your Plaintiff and also since 2015, Defendant SCRUBSCO created and has not only been using and selling confusingly similar patterns to that of Plaintiff STEIN DESIGNS, but has also been selling, profiting from, and passing off the *same exact patterns* of Plaintiff STEIN DESIGNS just under its own name. *See Exhibit L, P, Q, and R compared to Exhibit S.* Defendant SCRUBSCO knew of Plaintiff STEIN DESIGNS' marks based on its previous lengthy distributorship with your Plaintiff. Defendant SCRUBSCO, known to the public of compression sock buyers as a business affiliate and distributor of Plaintiff STEIN DESIGNS, intended to misrepresent and fraudulently trick the public into believing the compression sock patterns sold by Defendant SCRUBSCO were actually those of Plaintiff STEIN DESIGNS, as the source, or that Plaintiff STEIN DESIGNS sponsored, endorsed, or was affiliated in connection with Defendant SCRUBSCO'S use of the marks for the goods and services. *See Exhibits.*

27.     Defendant SCRUBSCO willfully adopted the patterns on the compression sock product and these activities constitute unfair competition under Tex. Bus. & Comm. Code Section 16.29 and State of Texas common law, unjust enrichment and passing off. Further, the continued use of these marks creates a substantial likelihood of confusion to the public of compression sock buyers. These buyers will be confused through this deceit and Defendant SCRUBSCO will profit from the hard earned goodwill and reputation of Plaintiff STEIN DESIGNS.

28. The actions of Defendant SCRUBSCO as described above constitutes gross negligence. In this regard, the conduct of the Defendant SCRUBSCO was done intentionally to produce confusion, willfully, heedlessly, in bad faith, and without regard to the rights of your Plaintiff and the damages and injuries that might be inflicted by such conduct.

29.     As a direct result of Defendant SCRUBSCO'S actions as stated above, Plaintiff STEIN DESIGNS has sustained serious damages and will continue to sustain serious damages including lost profits, goodwill, and Defendant's unjust enrichment.

30.     Plaintiff STEIN DESIGNS requests a temporary injunction be issued upon a hearing enjoining Defendant SCRUBSCO from the activities described above or else Plaintiff STEIN DESIGNS will be irreparably harmed as there is no other adequate remedy at law.

**Federal Unfair Competition Claim for False Designation of Origin**

16

31.     Plaintiff STEIN DESIGNS incorporates the preceding paragraphs herein. The acts of Defendant SCRUBSCO herein violated Section 43(a)(1) of the Lanham Act [15 U.S.C. Section 1125(a)].

32.     Plaintiff STEIN DESIGNS has consistently used the packaging and wrapping, packaging design template and color fills, labeling and wording, including "therapeutic," and marketing techniques such as the radial ad since early 2012 for the sale of compression socks. *See Exhibits K, L.* This packaging, known  industry wide to buyers, including but not limited to sales representatives, is inherently distinctive of Plaintiff STEIN DESIGNS well-known compression sock business.

33.     After the failure of payment to your Plaintiff in 2015, Defendant SCRUBSCO created and has been using almost identical packaging on its compression socks as that of Plaintiff STEIN DESIGNS, a confusingly similar design template for the packaging, confusingly similar wording,  including but not limited to the word "therapeutic" on its packaging to the same industry of buyers. Defendant SCRUBSCO knew of Plaintiff STEIN DESIGNS' marks based on its previous distributorship with your Plaintiff.  Defendant SCRUBSCO, used these marks and intended to deceive the public by leading them to believe the compression socks sold by Defendant SCRUBSCO were actually those of Plaintiff STEIN DESIGNS, as to the origin and source of the product, or that Plaintiff STEIN DESIGNS sponsored, endorsed, or was affiliated in connection with Defendant SCRUBSCO'S use of the marks for the goods and services. *See Exhibits K, L and H.* The use

17

of these marks and trade dress will likely confuse the public or cause the public to be mistaken as to the origin of Plaintiff STEIN DESIGNS' compression socks and the actions stated above constitute unfair competition for false designation of origin and violates Section 43(a)(1) of the Lanham Act.

34.     As a direct result of Defendant SCRUBSCO'S actions as stated above, Plaintiff STEIN DESIGNS has sustained serious damages and will continue to sustain serious damages including lost profits, goodwill, and Defendant's unjust enrichment.

35.     Plaintiff STEIN DESIGNS requests a temporary injunction be issued upon a hearing enjoining Defendant SCRUBSCO from the activities described above or else Plaintiff STEIN DESIGNS will be irreparably harmed as there is no other adequate remedy at law.

### Texas Common Law Trademark Infringement Claim

36.     Plaintiff STEIN DESIGNS incorporates the preceding paragraphs herein.

37.     Defendant SCRUBSCO willfully adopted, used and continues to use the marks, including, packaging, packagin design template, labeling, wording, including the word "therapeutic," and use of marketing techniques on the compression sock product and the use of these infringing activities constitutes common law trademark infringement in the State of Texas. The use of these marks creates a likelihood of confusion among material buyers including but not limited to sales representatives within the industry.

38.     As a direct result of Defendant SCRUBSCO'S infringing activities, Plaintiff STEIN DESIGNS has sustained serious damages and will continue to sustain serious damages including lost profits and Defendant's unjust enrichment.

39.     Plaintiff STEIN DESIGNS requests a temporary injunction be issued upon a hearing enjoining Defendant SCRUBSCO from the activities described above or else Plaintiff STEIN DESIGNS will be irreparably harmed.

**Trade Dress Infringement Claim**

40.     Plaintiff STEIN DESIGNS incorporates the preceding paragraphs herein.

41.     The acts of Defendant SCRUBSCO herein violated Section 43(a) of the Lanham Act [15 U.S.C. Section 1125(a)] and Texas common law.

42.     The element of trade dress as it relates to Plaintiff STEIN DESIGNS is the combination of packaging, packaging design template and color fills, labeling and wording. At the very least, Plaintiff STEIN DESIGNS has consistently used the packaging and wrapping technique on the back of the product with the circular closure, packaging design template and color fills, labeling and wording, including "therapeutic," and marketing techniques such as the radial ad since early 2012 in connection with 8-15' compression socks. *See Exhibits K and L.* This combination of product features creates a comprehensive, industry wide trade dress image to buyers, including but not limited to sales representatives. This element of trade dress is known industry wide to the material groups of compression sock buyers and the public and has been associated with Plaintiff STEIN DESIGNS' business for years.  The inclusive product features referenced above are inherently distinctive and

unique of Plaintiff STEIN DESIGNS compression sock business. When customers see the packaging and wrapping of compression socks in the white package with the particular type of circular closure in the back, it is so distinct that it connects directly to Plaintiff STEIN DESIGNS. Additionally, these packaging features, including design template, wording, and labeling are non-functional design features that have been associated with Plaintiff STEIN DESIGNS' business as the source of the compression sock product consistently over the years. In totality, this overall combination of product packaging features identify with the well-known business of Plaintiff STEIN DESIGNS, not just the compression sock for purchase. *See Exhibits K, L and H.*

43. After the failure of payment to your Plaintiff and also since 2015, Defendant SCRUBSCO created and has been using a confusingly similar trade dress, including packaging and wrapping technique on its compression socks, a confusingly similar design template for the packaging, confusingly similar wording, including but not limited to the word "therapeutic" on its packaging as that of Plaintiff STEIN DESIGNS to the same industry of buyers. Defendant SCRUBSCO knew of Plaintiff STEIN DESIGNS' trade dress based on its previous lengthy distributorship with your Plaintiff. Defendant SCRUBSCO, known to the public of compression sock buyers as a long time business affiliate and distributor of Plaintiff STEIN DESIGNS, intended to fraudulently deceive the public into believing the compression socks sold by Defendant SCRUBSCO were actually those of Plaintiff STEIN DESIGNS, as the source, or that Plaintiff STEIN DESIGNS sponsored, endorsed, or was affiliated in connection with Defendant SCRUBSCO'S use of the trade

dress for the goods and services. *See Exhibits H, K, L.* This likelihood of confusion as to the source of the trade dress and the sponsorship of the trade dress is blatantly manifested through the channel of sale on a third party website, istore.iworkandplay.com/footwear-socks-cutieful. Specifically, in *Exhibit M,* attached, a screenshot of a compression sock, of Plaintiff STEIN DESIGNS' originally and innovatively designed pattern, is shown with the Celeste Stein crown logo. However, in *Exhibit N*, once the mouse is placed on that product on the screen, "Cutieful," Defendant SCRUBSCO'S brand name, comes up as the source or suggests sponsorship and affiliation. Additionally, right underneath these socks on that same website is a side by side of Plaintiff STEIN DESIGNS' total packaging of "therapeutic" socks for sale and Defendant SCRUBSCO'S total packaging of "therapeutic" compression socks for sale only leading to more likelihood of confusion. *See Exhibit O in connection with Exhibit H, K and L.*

44.    Defendant SCRUBSCO willfully adopted the packaging, packaging design template, wording, including the use of the word "therapeutic", and use of marketing techniques on the compression sock product and these activities constitute trade dress infringement under Section 43 of the Lanham Act and State of Texas common law. Further, the continued use of these marks creates a likelihood of confusion to the public of compression sock buyers. These buyers will be confused through this deceit and Defendant SCRUBSCO will profit from the hard earned goodwill and reputation of Plaintiff STEIN DESIGNS.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff STEIN DESIGNS prays that Defendant SCRUBSCO and Defendant LANDRITH be cited in terms of law to appear and answer herein, and that upon final hearing, Plaintiff STEIN DESIGNS recovers of and from the Defendant SCRUBSCO the principal sum of the unpaid account $34, 452.00, any interest, attorney's fees, actual damages, exemplary damages, the total of which will not exceed $75,000, injunctive relief, all taxable costs of Court, and such other and further relief, at law and in equity, to which Plaintiff STEIN DESIGNS may show itself justly entitled to receive.

Respectfully submitted,

THE LAW FIRM OF ALTON C. TODD

By: _____

Alton C. Todd
State Bar No. 20092000
312 S. Friendswood Drive
Friendswood, Texas 77546
(281) 992-8633
(281) 648-8633 Facsimile
ATTORNEY FOR PLAINTIFF

22

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to all

counsel of record by regular mail, certified mail, return receipt requested, facsimile and/or email on this the 20th day of September, 2016.

Justin W. R. Renshaw

2900 Weslayan, Suite 230

Houston, Texas 77027

Phone: 713.400.9001

Fax: 713.400.9006

justin@renshaw-norwood.com

_____

Alton C. Todd

23

CAUSE NO. _____

| | | |
|---|---|---|
| CELESTE STEIN DESIGNSS, INC. PLAINTIFF, | § § § | IN THE DISTRICT COURT OF |
| vs. | § § | GALVESTON COUNTY, TEXAS |
| SCRUBSCO LTD., and THOMAS LANDRITH DEFENDANTS. | § § § | _____JUDICIAL DISTRICT COURT |

## AFFIDAVIT

STATE OF TEXAS          :

COUNTY OF                :

BEFORE ME, the undersigned authority, on this day personally appeared Celeste Stein, who, after being duly sworn by me deposed and stated the following pursuant to Texas Rule of Civil Procedure 185:

1.  My name is Celeste Stein. I am above the age of 18 years, of sound mind, capable of making this Affidavit and have personal knowledge of the facts stated herein.
2.  The above claim evidenced by attached documents on unpaid account is within my knowledge;
3.  The above claim is just and true.
4.  The above claim is due.
5.  All just and lawful offsets, payments and credits have been allowed.
6.  The attached documents were made in the regular course of business; it was the regular course of business for an employee or representative of Celeste Stein Designs, Inc with personal knowledge of the act, event or condition to make the records or to transmit information to be included in them, and they were made at or near the time of the act, event or condition or reasonably soon thereafter.

Further, Affiant sayeth not.

_____
Celeste Stein

SWORN TO and SUBSCRIBED before me on this 3rd day of November

9

2015, to certify which witness my hand and seal of office.



Notary Public in and for
State of Texas

FAITH FAUSTINE FALCON
Notary Public, State of Texas
My Commission Expires
April 07, 2018

10

NO. 15-CV-1174

| CELESTE STEIN DESIGNS, INC. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO LTD., and | § | |
| THOMAS LANDRITH | § | |
| DEFENDANTS. | § | 405th JUDICIAL DISTRICT COURT |

### AFFIDAVIT

STATE OF TEXAS          :

COUNTY OF          :

BEFORE ME, the undersigned authority, on this day personally appeared Celeste Stein, who, after being duly sworn by me deposed and stated the following pursuant to Texas Rule of Civil Procedure 185:

1.  My name is Celeste Stein. I am above the age of 18 years, of sound mind, capable of making this Affidavit and have personal knowledge of the facts stated herein.

2.  The above claims are just and true.

Further, Affiant sayeth not.

Celeste Stein

2016  SWORN TO and SUBSCRIBED before me on this 10 day of September, 2015; to certify which witness my hand and seal of office.



TIFFINI MICHELETTI
Notary Public
STATE OF TEXAS
My Comm. Exp. 02/15/2020
Notary ID 13054005-7

Notary Public in and for
State of Texas

24

NO. 15-CV-1174

| | | |
|---|---|---|
| CELESTE STEIN DESIGNS, INC. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO LTD., and | § | |
| THOMAS LANDRITH | § | |
| DEFENDANTS. | § | 405th JUDICIAL DISTRICT COURT |

## AFFIDAVIT

STATE OF TEXAS                 :

COUNTY OF                        :

     BEFORE ME, the undersigned authority, on this day personally appeared Dori Golan, who, after being duly sworn by me deposed and stated the following pursuant to Texas Rule of Civil Procedure 185:

    1.    My name is Dori Golan. I am above the age of 18 years, of sound mind, capable of making this Affidavit and have personal knowledge of the facts stated herein.

    2.    I am the President of Celeste Stein Designs, Inc.

    3.    The above claims are just and true.

    Further, Affiant sayeth not.

                              _____
                                     Dori Golan

2016
    SWORN TO and SUBSCRIBED before me on this 16 day of September 2015, to certify which witness my hand and seal of office.

TIFFINI MICHELETTI
Notary Public
STATE OF TEXAS
My Comm. Exp. 02/15/2020
Notary ID 13054005-7

                        Tiffini Micheletti
                        Notary Public in and for
                        State of Texas

25

09/22/2015  3:50 PM  FAX   400 763 1084       CELESTE STEIN DESIGNS                      ☒0002/0007

9/22/15 at 16:46:13.94                                                                    Page: 1

# CELESTE STEIN DESIGNS INC.
## Aged Receivables
### As of Sep 30, 2015

Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|
| SCRUBSCO | 16904 | | | | 8,580.00 | 8,580.00 |
| SCRUBSCO | 16938 | | | 810.00 | | 810.00 |
| | 16939 | | | 22,062.00 | | 22,062.00 |
| 513-238-7190 | | | | | | |
| SCRUBSCO | | | | 22,872.00 | 8,580.00 | 31,452.00 |
| SCRUBSCO | | | | | | |
| **Report Total** | | | | 22,872.00 | 8,580.00 | 31,452.00 |





# THE LAW FIRM OF ALTON C. TODD

Alton C. Todd*       alton@actlaw.com
Jeffrey N. Todd**    jeff@actlaw.com
Dana R. Todd***      dana@actlaw.com

*Principal Office:*
312 S. Friendswood Drive
Friendswood, TX 77546
281.992.8633  Toll Free: 888.388.8633

July 28, 2015

Mr. Tom Landrith
Scrubsco
8216 Princeton Glendale Rd, Box 199
West Chester, Ohio 45069

*Via First-Class Mail &*
*Email tomlandrith@gmail.com*

> RE:  My client:          Celeste Stein Designs, Inc.
>       Past due invoices : $34,452.00

Dear Mr. Landrith:

Please be advised that I have been retained to represent Celeste Stein Designs, Inc. to collect the above past due invoices in the amount of $34,452.00. As I understand it, there is no question that you received the items and goods reflected on the invoices and that you have been in contact with Celeste Stein Designs, Inc. concerning your account. Unfortunately, you have not presented a viable payout to Celeste Stein Designs, Inc. Accordingly, the matter has been referred to me for collection. Before beginning the formal collection process , I would suggest that you contact Celeste Stein Designs, Inc. in a last effort to bring this past due account current. However, if this matter is not resolved within the very near future, I will have no other alternative than to file suit. If litigation is necessary, we will seek not only the past due amounts but additional sums as interest, costs and reasonable attorney fees.

Thanking you, I remain

Very truly yours,

Alton C. Todd

ACT/fff

*Houston Office:*
4141 Southwest Freeway
Suite 300
Houston, TX 77027

713.623.2337

www.altontodd.com

*Board Certified in Personal Injury Trial Law and Civil Trial Law by The Texas Board*
*of Legal Specialization, National Board of Trial Advocacy.*
*Licensed to practice in Georgia and Texas*

** *Licensed to practice in Texas, New York, New Jersey and Georgia*
*** *Licensed to practice in Texas, New Jersey and Georgia*

Fax: 281.648.8633 • thefirm@actlaw.com

*Atlanta Office:*
1170 Peachtree Street





# THE LAW FIRM OF ALTON C. TODD

Alton C. Todd*   alton@actlaw.com
Jeffrey N. Todd**  jeff@actlaw.com
Dana R. Todd***  dana@actlaw.com

*Principal Office:*
312 S. Friendswood Drive
Friendswood, TX 77546
281.992.8633 Toll Free: 888.388.8633

August 13, 2015

Mr. Tom Landrith
Scrubsco
8216 Princeton Glendale Rd, Box 199
West Chester, Ohio 45069

*Via First-Class Mail &*
*Email tomlandrith@gmail.com*

> RE:  My client:    Celeste Stein Designs, Inc.
>       Past due invoices : $34,452.00

Dear Mr. Landrith:

Please be advised that I have been retained to represent Celeste Stein Designs, Inc. to collect the above past due invoices in the amount of $34,452.00. As I understand it, there is no question that you received the items and goods reflected on the invoices and that you have been in contact with Celeste Stein Designs, Inc. concerning your account. Unfortunately, you have not presented a viable payout to Celeste Stein Designs, Inc. Accordingly, the matter has been referred to me for collection. Before beginning the formal collection process , I would suggest that you contact Celeste Stein Designs, Inc. in a last effort to bring this past due account current. However, if this matter is not resolved within the very near future, I will have no other alternative than to file suit. If litigation is necessary, we will seek not only the past due amounts but additional sums as interest, costs and reasonable attorney fees.

Thanking you, I remain

Very truly yours,

*/s/ Alton C. Todd*

Alton C. Todd

ACT/fff

*Houston Office:*
44 Southwest Freeway
Suite 300
Houston, TX 77027

713.623.2337

www.altontodd.com

*"Board Certified in Personal Injury Trial Law and Civil Trial Law by The Texas Board of Legal Specialization, National Board of Trial Advocacy. Licensed to practice in Georgia and Texas*

** *Licensed to practice in Texas, New York, New Jersey and Georgia*
*** *Licensed to practice in Texas, New Jersey and Georgia*

Fax: 281.648.8633 • thefirm@actlaw.com

*Atlanta Office:*
1170 Peachtree Street
Suite 1200
Atlanta, GA 30309

770.645.8633

www.altontoddlaw.com

Outstanding Scrubsco Invoices

| Invoice # | Invoice Date | Due Date | PO # | | Paid | | |
|---|---|---|---|---|---|---|---|
| 16904 | 5/29/2015 | 6/29/2015 | 1174 | $23,580.00 | $7,500.00 | 6/29/2015 | Visa |
| | | | | | $3,000.00 | 6/25/2015 | Check #1152 |
| | | | | | $1,500.00 | 7/7/2015 | Check #1154 |
| | | | | | $11,580.00 | Remaining Invoice Balance | |
| 16938 | 6/5/2015 | 7/5/2015 | 1173 | $810.00 | | | |
| 16939 | 6/5/2015 | 7/5/2015 | 1174 | $22,062.00 | | | |
| | | | | $22,872.00 | | | |
| | | | | $34,452.00 | Total Amount Due | | |



# celeste stein designs inc.

## The American Printcess
7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com
*www.celestestein.com*

**Invoice Number:**
**Invoice Date:**

## Invoice
16904
5/29/15
Page: 1

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH 45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 185.00 | CMPS-1097 | SUPPORT SOCK, BLUE MULTI HEARTS | 6.00 | 1,110.00 |
| | CMPS-1143 | SUPPORT SOCK, TATTOO PARLOR | 6.00 | |
| | CMPS-1286 | COMP SOX, 8-16, BLACK VOGUE | 6.00 | |
| 420.00 | CMPS-1353 | COMP SOCK, LEOPARD & ROSES | 6.00 | 2,520.00 |
| 266.00 | CMPS-1526 | SUPPORT SOCK, RAINBOW 60'S | 6.00 | 1,596.00 |
| 150.00 | CMPS-1534 | COMP SOX, 8-15, PINK BIKER HEART | 6.00 | 900.00 |
| 200.00 | CMPS-1538 | SUPPORT SOCK, BRIGHT MAJIK | 6.00 | 1,200.00 |
| 250.00 | CMPS-1576 | COMP SOX, 8-15, DENIM DOTTY | 6.00 | 1,500.00 |
| 250.00 | CMPS-1613 | COMPRESSION SOCK,MEGAN | 6.00 | 1,500.00 |
| 299.00 | CMPS-1714 | COMP SOX, 8-15, RED ALL TATTOO | 6.00 | 1,794.00 |
| 150.00 | CMPS-1721 | SUPPORT SOCK, RASPBERRY HILL | 6.00 | 900.00 |
| 90.00 | CMPS-1755 | SUPPORT SOCK, RAINBOW LEOPARD | 6.00 | 540.00 |
| | CMPS-1804 | SUPPORT SOCK, MULTI PEACE | 6.00 | |
| 65.00 | CMPS-1806 | COMP SOX, 8-15, BLACK FOUNTAIN | 6.00 | 390.00 |
| 151.00 | CMPS-1822 | COMP SOX, 8-15, ABSTRACT ROSES | 6.00 | 906.00 |
| | CMPS-1851 | COMP SOX, 8-15, BROWN LEOPARD RIVER | 6.00 | |
| 100.00 | CMPS-1863 | SUPPORT SOCK, CELESTENSTEIN | 6.00 | 600.00 |
| | CMPS-1905 | COMP SOX, 8-15, BABY OWLS | 6.00 | |

Subtotal    Continued

Freight

*RETURN POLICY: Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
be a defect. Thank you for your business.*

**TOTAL**    **Continued**

# celeste stein designs inc.

## The American Printcess
7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com

*www.celestestein.com*

| | | |
|---|---|---|
| Invoice Number: | | **Invoice** |
| Invoice Date: | | 16904 |
| | | 5/29/15 |
| | | Page:   2 |

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH  45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH  45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 250.00 | CMPS-1910 | COMP SOX, 8-15 mm/Hg, BLUE LEOPARD | 6.00 | 1,500.00 |
| | CMPS-1940 | COMP SOX, 8-15 mm/Hg, LEOPARD FLOWERS | 6.00 | |
| 195.00 | CMPS-1967 | COMP SOX, 8-15 mm/Hg, STAR GAZER RED WHITE BLUE | 6.00 | 1,170.00 |
| 147.00 | CMPS-1988 | COMP SOX, 8-15 mm/Hg, TURQ KLARA | 6.00 | 882.00 |
| | CMPS-340 | COMP SOCK, 8-15, BLACKY | 6.00 | |
| | CMPS-341 | COMP SOX  8-15, mm/Hg, AUSTIN POWERS | 6.00 | |
| 218.00 | CMPS-450 | COMP SOX, 8-15, BLACK BUTTERFLIES | 6.00 | 1,308.00 |
| | CMPS-458 | COMP SOX, 8-15 mm/Hg, BLUE CAMO | 6.00 | |
| 274.00 | CMPS-466 | COMP SOX, 8-15, RAINBOW ZEBRA | 6.00 | 1,644.00 |
| | CMPS-522 | COMP SOX, 8-15, CHOCOLATES | 6.00 | |
| | CMPS-587 | COMP SOX, 8-15, PINK FUSCHIA CHEETAH | 6.00 | |
| 270.00 | CMPS-593 | COMP SOCK 8-15 mm/Hg,  HAIRY LEOPARP | 6.00 | 1,620.00 |
| | CMPS-809 | SUPPORT SOCK, ZEBRA | 6.00 | |
| | CMPS-1137 | SUPPORT SOCK, COMIC | 6.00 | |

| | | |
|---|---|---|
| | Subtotal | 23,580.00 |
| | Freight | |

*RETURN POLICY:  Customers have 10 days to inspect merchandise for defects a
to report them to our office.  Credit memos will only be granted if we find the item i
be a defect.  Thank you for your business.*

| | |
|---|---|
| **TOTAL** | **11,580.00** |

# celeste stein designs inc.

## The American Princess

7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com
www.celestestein.com

| Invoice Number: | | **Invoice** |
|---|---|---|
| Invoice Date: | | 16938 |
| | | 6/5/15 |
| | Page: | 1 |

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH  45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH  45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1173 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | CMPS-1247 | SUPPORT SOCK, D' FEET BREAST CANCER | 6.00 | |
| | CMPS-1353 | COMP SOCK, LEOPARD & ROSES | 6.00 | |
| | CMPS-1526 | SUPPORT SOCK, RAINBOW 60'S | 6.00 | |
| | CMPS-1576 | COMP SOX, 8-15, DENIM DOTTY | 6.00 | |
| | CMPS-1714 | COMP SOX, 8-15, RED ALL TATTOO | 6.00 | |
| | CMPS-1755 | SUPPORT SOCK, RAINBOW LEOPARD | 6.00 | |
| | CMPS-1848 | COMP SOX, 8-15, PURPLE CUPCAKES | 6.00 | |
| | CMPS-1850 | SUPPORT SOCK, MULTI MOGO | 6.00 | |
| | CMPS-1851 | COMP SOX, 8-15, BROWN LEOPARD RIVER | 6.00 | |
| | CMPS-1910 | COMP SOX, 8-15 mm/Hg, BLUE LEOPARD | 6.00 | |
| | CMPS-1940 | COMP SOX, 8-15 mm/Hg, LEOPARD FLOWERS | 6.00 | |
| | CMPS-1967 | COMP SOX, 8-15 mm/Hg, STAR GAZER RED WHITE BLUE | 6.00 | |
| | CMPS-2007 | SUPPORT SOCK, BLUE CHEETAH HEART | 6.00 | |
| 135.00 | CMPS-2008 | SUPPORT SOCK, PINK CHEETAH HEART | 6.00 | 810.00 |
| | CMPS-458 | COMP SOX, 8-15 mm/Hg, BLUE CAMO | 6.00 | |
| | CMPS-593 | COMP SOCK 8-15 mm/Hg,  HAIRY LEOPARP | 6.00 | |

| | | |
|---|---|---|
| | Subtotal | 810.00 |
| | Freight | |

**RETURN POLICY:** Customers have 10 days to inspect merchandise for defects a
to report them to our office.  Credit memos will only be granted if we find the item t
be a defect.  Thank you for your business.

**TOTAL**        810.00

# celeste stein designs inc.

## The American Princess

7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com
*www.celestestein.com*

| Invoice Number: | **Invoice** |
| Invoice Date: | 16939 |
| | 6/5/15 |
| | Page:   1 |

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH 45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | CMPS-1097 | SUPPORT SOCK, BLUE MULTI HEARTS | 6.00 | |
| 165.00 | CMPS-1143 | SUPPORT SOCK, TATTOO PARLOR | 6.00 | 990.00 |
| 461.00 | CMPS-1286 | COMP SOX, 8-15, BLACK VOGUE | 6.00 | 2,766.00 |
| | CMPS-1353 | COMP SOCK, LEOPARD & ROSES | 6.00 | |
| | CMPS-1526 | SUPPORT SOCK, RAINBOW 60'S | 6.00 | |
| 93.00 | CMPS-1576 | COMP SOX, 8-15, DENIM DOTTY | 6.00 | 558.00 |
| | CMPS-1714 | COMP SOX, 8-15, RED ALL TATTOO | 6.00 | |
| 160.00 | CMPS-1755 | SUPPORT SOCK, RAINBOW LEOPARD | 6.00 | 960.00 |
| 347.00 | CMPS-1804 | SUPPORT SOCK, MULTI PEACE | 6.00 | 2,082.00 |
| 181.00 | CMPS-1806 | COMP SOX, 8-15, BLACK FOUNTAIN | 6.00 | 1,086.00 |
| | CMPS-1822 | COMP SOX, 8-15, ABSTRACT ROSES | 6.00 | |
| 200.00 | CMPS-1850 | SUPPORT SOCK, MULTI MOGO | 6.00 | 1,200.00 |
| 270.00 | CMPS-1851 | COMP SOX, 8-15, BROWN LEOPARD RIVER | 6.00 | 1,620.00 |
| 310.00 | CMPS-1905 | COMP SOX, 8-15, BABY OWLS | 6.00 | 1,860.00 |
| | CMPS-1940 | COMP SOX, 8-15 mm/Hg, LEOPARD FLOWERS | 6.00 | |
| 200.00 | CMPS-1945 | COMP SOX, 8-15 mm/Hg, 60' S DAISY RED | 6.00 | 1,200.00 |
| | CMPS-1967 | COMP SOX, 8-15 mm/Hg, STAR GAZER RED WHITE BLUE | 6.00 | |

| | Subtotal | Continued |
| | Freight | |

**RETURN POLICY:** *Customers have 10 days to inspect merchandise for defects a to report them to our office. Credit memos will only be granted if we find the item t be a defect. Thank you for your business.*

| **TOTAL** | **Continued** |

# celeste stein designs inc.

## The American Printcess
7801 Bayside Ave.
Galveston, TX 77554
(409) 763-1009
(409) 763-1084 Fax
e-mail: aprintcess@celestestein.com

*www.celestestein.com*

**Invoice Number:** 
**Invoice Date:**

# Invoice
16939
6/5/15

Page:   2

**Sold To:**
SCRUBSCO
8216 PRINCETON GLENDALE RD
BOX 199
WEST CHESTER, OH  45069
USA

**Ship to:**
SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH  45069
USA

| P O Number | Terms | REP | Ship Via | Reference |
|---|---|---|---|---|
| 1174 | Net 30 Days | | FED EX | |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 150.00 | CMPS-1983 | COMP SOX, 8-15 mm/Hg, SUZZI | 6.00 | 900.00 |
| | CMPS-1988 | COMP SOX, 8-15 mm/Hg, TURQ KLARA | 6.00 | |
| 100.00 | CMPS-264 | SUPPORT SOCK, KITTY | 6.00 | 600.00 |
| 100.00 | CMPS-265 | SUPPORT SOCK, DOGGIE | 6.00 | 600.00 |
| 277.00 | CMPS-340 | COMP SOCK, 8-15, BLACKY | 6.00 | 1,662.00 |
| | CMPS-341 | COMP SOX  8-15, mm/Hg, AUSTIN POWERS | 6.00 | |
| | CMPS-450 | COMP SOX, 8-15, BLACK BUTTERFLIES | 6.00 | |
| 84.00 | CMPS-458 | COMP SOX, 8-15 mm/Hg, BLUE CAMO | 6.00 | 504.00 |
| | CMPS-466 | COMP SOX, 8-15, RAINBOW ZEBRA | 6.00 | |
| 204.00 | CMPS-522 | COMP SOX, 8-15, CHOCOLATES | 6.00 | 1,224.00 |
| | CMPS-587 | COMP SOX, 8-15, PINK FUSCHIA CHEETAH | 6.00 | |
| | CMPS-593 | COMP SOCK 8-15 mm/Hg,  HAIRY LEOPARP | 6.00 | |
| 303.00 | CMPS-809 | SUPPORT SOCK, ZEBRA | 6.00 | 1,818.00 |
| 60.00 | CMPS-S | COMP SOX, 8-15, SOLID BEIGE | 2.00 | 120.00 |
| 28.00 | CMPS-1137 | SUPPORT SOCK, COMIC | 6.00 | 168.00 |
| 24.00 | CMPS-1476 | SUPPORT SOCK, CLASSIC HOUNDSTOOTH | 6.00 | 144.00 |

Subtotal        22,062.00

Freight

RETURN POLICY: *Customers have 10 days to inspect merchandise for defects a
to report them to our office. Credit memos will only be granted if we find the item t
bo a defect. Thank you for your business.*

**TOTAL        22,062.00**

# Purchase Order

**Cutieful Distribution / Scrubsco**

8716 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@mmail.com
Phone #   513-238-7190     cutieful4u@gmail.com
Fax #     513-874-5486     cutieful4u.com

| Date | P.O. No. |
|------|----------|
| 4/15/2015 | 1173 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 1097- CMPSK... | COMPRESSION SOCKS 8 15 MM BLUE MULTI PART | 150 | 6.00 | | 900.00 |
| 1143-CMPSK... | COMPRESSION SOCKS 8 15 MM HG TATTOO PARLOR | 100 | 6.00 | | 600.00 |
| 1247-CMPSK... | COMPRESSION SOCKS 8 15 MM HG D FEET BREAST CANCER | 200 | 6.00 | | 1,200.00 |
| 1286-CMPSK... | COMPRESSION SOCKS 8 15 MM HG BLACK VOGUE | 200 | 6.00 | | 1,200.00 |
| 1353-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD AND ROSES | 50 | 6.00 | | 300.00 |
| 1526-CMPSK... | COMPRESSION SOCKS 8-15MM HG RAINBOW 60's | 150 | 6.00 | | 900.00 |
| 1534-CMPSK... | COMPRESSION SOCKS 8 15 MM HG PINK BIKER HEARTS | 75 | 6.00 | | 450.00 |
| 1538-CMPSK... | COMPRESSION SOCK 8-15MM HG BRIGHT MAIL | 75 | 6.00 | | 450.00 |
| 1576-CMPSK... | COMPRESSION SOCKS 8 15 MM HG DENIM DOTTY | 150 | 6.00 | | 900.00 |
| 1613-CMPSK... | COMPRESSION SOCK 8 15 MM HG MEGAN | 50 | 6.00 | | 300.00 |
| 1614-CMPSK... | COMPRESSION SOCK 8 15 MM HG GREY DOT ART | 150 | 6.00 | | 900.00 |
| 1671-CMPSK... | COMPRESSION SOCK 8-15 MM HG BLUE FLEUR MISSONI | 150 | 6.00 | | 900.00 |
| 1714-CMPSK... | COMPRESSION SOCKS 8 - 15 MM HG RED ALL TATTOO | 50 | 6.00 | | 300.00 |
| 1721-CMPSK... | COMPRESSION SOCK 8 15 MM HG RASPBERRY HILL | 100 | 6.00 | | 600.00 |
| 1755-CMPSK... | COMPRESSION SOCK 8-15MM HG RAINBOW LEOPARD | 100 | 6.00 | | 600.00 |

**Total**

Page 1

**Cutieful Distribution / Scrubsco**

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone #   513-238-7190   cutieful4u@gmail.com
Fax #   513-874-5486   cutieful4u.com

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 4/15/2015 | 1173 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 1804-CMPSK... | COMPRESSION SOCK 8-15MM HG MULTI PEACE | 150 | 6.00 | | 900.00 |
| 1806-CMPSK... | COMPRESSION SOCK 8-15 MM HG BLACK FOUNTAIN | 200 | 6.00 | | 1,200.00 |
| 1822-CMPSK... | COMPRESSION SOCK 8 15MM HG ABSTRACT ROSES | 150 | 6.00 | | 900.00 |
| 1848-CMPSK... | COMPRESSION SOCKS 8 15 MM HG PURPLE CUPCAKES | 200 | 6.00 | | 1,200.00 |
| 1850-CMPSK... | COMPRESSION SOCKS 8-15 MM HG MULTI GIGO | 100 | 6.00 | | 600.00 |
| 1851-CMPSK... | COMPRESSION SOCKS 8-15 MM HG BROWN LEOPARD RIVER | 100 | 6.00 | | 600.00 |
| 1863 CMPSK8... | COMPRESSION SOCK 8-15MM HG CELESTE STEIN | 150 | 6.00 | | 900.00 |
| 1905-CMPSK... | COMPRESSION SOCKS 8-15 MM HG TINY OWLS | 500 | 6.00 | | 3,000.00 |
| 1910-CMPSK... | COMPRESSION SOCK 8 15 MM HG BLUE LEOPARD | 100 | 6.00 | | 600.00 |
| 1940-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD FLOWERS | 50 | 6.00 | | 300.00 |
| 1945-CMPSK... | COMPRESSION SOCK 8 15 MM HG 60 S DAISIES | 100 | 6.00 | | 600.00 |
| 1967-CMPSK... | COMPRESSION SOCK 8 – 15 MM HG STAR GAZER RWB | 150 | 6.00 | | 900.00 |
| 1983-CMPSK... | COMPRESSION SOCK 8 15 MM HG SUZZI | 100 | 6.00 | | 600.00 |
| 1988-CMPSK... | COMPRESSION SOCK 8 15 MM HG TURQUOISE KIARA | 150 | 6.00 | | 900.00 |

# Total

# Purchase Order

**Cutleful Distribution / Scrubsco**

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany4@gmail.com
Phone #   513-238-7190       cutieful4u4@gmail.com
Fax #     513-874-5486       cutieful4u.com

| Date | P.O. No. |
|------|----------|
| 4/15/2015 | 1173 |

| Vendor | Ship To |
|--------|---------|
| CELESTE STEIN DESIGNS<br>Galveston, TX | SCRUBSCO<br>5368 PINECASTLE<br>WEST CHESTER, OH 45069 |

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 2007 CMPSK8... | COMPRESSION SOCK 8-15 MM HG BLUE CHEETAH HEART | 200 | 6.00 | | 1,200.00 |
| 2008 CMPSK8... | COMPRESSION SOCK 8-15 MM HG PINK CHEETAH HEARTS | 200 | 6.00 | | 1,200.00 |
| 340-CMPSK815 | COMPRESSION SOCK  8-15 mm Hg Blonde | 100 | 6.00 | | 600.00 |
| 341-CMPSK815 | COMPRESSION SOCK   8-15 MM HG A. POWERS | 500 | 6.00 | | 3,000.00 |
| 450-CMPSK815 | COMPRESSION SOCKS 8-15MM HG BLACK BUTTERFLY | 300 | 6.00 | | 1,800.00 |
| 458-CMPSK815 | COMPRESSION SOCKS 8 15 MM HG BLUE CAM | 100 | 6.00 | | 600.00 |
| 466-CMPSK815 | COMPRESSION SOCK 8 15 MM HG RAINBOW ZEBRA | 200 | 6.00 | | 1,200.00 |
| 593-CMPSK815 | COMPRESSION SOCK 8 15 MM HG HAIRY LEOPARD | 100 | 6.00 | | 600.00 |
| 809-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG FLOW ZEBRA | 150 | 6.00 | | 900.00 |
| 1-CMPSK815 | COMPRESSION SOCK 8-15 MM WHITE | 100 | 2.00 | | 200.00 |
| 2-CMPSK815 | COMPRESSION SOCK 8-15 MM BLACK | 100 | 2.00 | | 200.00 |
| PINK CMPSK ... | PINK COMPRESSION SOCK 8-15MM HG | 100 | 2.00 | | 200.00 |

**Total**                                                     $35,400.00

# Purchase Order

**Cuticful Distribution / Scrubsco**

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany4@gmail.com
Phone #   513-892-9765      cuticful4u@gmail.com
Fax #      513-874-5486      cutileful4u.com

| Date | P.O. No. |
|---|---|
| 5/15/2015 | 1174 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|---|---|---|---|---|---|
| 1097- CMPSK... | COMPRESSION SOCKS 8 15 MM BLUE MULTI PART | 100 | 6.00 | | 600.00 |
| 1143-CMPSK... | COMPRESSION SOCKS 8 15 MM HG TATTOO PARLOR | 150 | 6.00 | | 900.00 |
| 1247-CMPSK... | COMPRESSION SOCKS 8 15 MM HG D FEET BREAST CANCER | 250 | 6.00 | | 1,500.00 |
| 1286-CMPSK... | COMPRESSION SOCKS 8 15 MM HG BLACK VOGUE | 250 | 6.00 | | 1,500.00 |
| 1353-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD AND ROSES | 250 | 6.00 | | 1,500.00 |
| 1526-CMPSK... | COMPRESSION SOCKS 8-15MM HG RAINBOW 60's | 250 | 6.00 | | 1,500.00 |
| 1534-CMPSK... | COMPRESSION SOCKS 8 15 MM HG PINK BIKER HEARTS | 100 | 6.00 | | 600.00 |
| 1538-CMPSK... | COMPRESSION SOCK 8-15MM HG BRIGHT MAIL | 150 | 6.00 | | 900.00 |
| 1576-CMPSK... | COMPRESSION SOCKS 8 15 MM HG DENIM DOTTY | 150 | 6.00 | | 900.00 |
| 1613-CMPSK... | COMPRESSION SOCK 8 15 MM HG MEGAN | 150 | 6.00 | | 900.00 |
| 1614-CMPSK... | COMPRESSION SOCK 8 15 MM HG GREY DOT ART | 250 | 6.00 | | 1,500.00 |
| 1671-CMPSK... | COMPRESSION SOCK 8-15 MM HG BLUE FLEUR MISSONI | 250 | 6.00 | | 1,500.00 |
| 1714-CMPSK... | COMPRESSION SOCKS 8 - 15 MM HG RED ALL TATTOO | 250 | 6.00 | | 1,500.00 |
| 1721-CMPSK... | COMPRESSION SOCK 8 15 MM HG RASPBERRY HILL | 150 | 6.00 | | 900.00 |
| 1755-CMPSK... | COMPRESSION SOCK 8-15MM HG RAINBOW LEOPARD | 100 | 6.00 | | 600.00 |

# Total

Cutieful Distribution / Scrubsco

**Purchase Order**

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone #   513-892-9265    cutieful4u@gmail.com
Fax #     513-874-5486    cutieful4u.com

| Date | P.O. No. |
|---|---|
| 5/15/2015 | 1174 |

| Vendor | Ship To |
|---|---|
| CELESTE STEIN DESIGNS<br>Galveston, TX | SCRUBSCO<br>5368 PINECASTLE<br>WEST CHESTER, OH 45069 |

| Item | Description | Qty | Rate | MPN | Amount |
|---|---|---|---|---|---|
| 1804-CMPSK... | COMPRESSION SOCK 8-15MM HG MULTI PEACE | 100 | 6.00 | | 600.00 |
| 1806-CMPSK... | COMPRESSION SOCK 8-15 MM HG BLACK FOUNTAIN | 250 | 6.00 | | 1,500.00 |
| 1822-CMPSK... | COMPRESSION SOCK 8 15MM HG ABSTRACT ROSES | 100 | 6.00 | | 600.00 |
| 1850-CMPSK... | COMPRESSION SOCKS 8-15 MM HG MULTI GIGO | 100 | 6.00 | | 600.00 |
| 1851-CMPSK... | COMPRESSION SOCKS 8-15 MM HG BROWN LEOPARD RIVER | 200 | 6.00 | | 1,200.00 |
| 1863 CMPSK8... | COMPRESSION SOCK 8-15MM HG CELESTE STEIN | 100 | 6.00 | | 600.00 |
| 1905-CMPSK... | COMPRESSION SOCKS 8-15 MM HG TINY OWLS | 100 | 6.00 | | 600.00 |
| 1910-CMPSK... | COMPRESSION SOCK 8 15 MM HG BLUE LEOPARD | 150 | 6.00 | | 900.00 |
| 1940-CMPSK... | COMPRESSION SOCK 8 15 MM HG LEOPARD FLOWERS | 250 | 6.00 | | 1,500.00 |
| 1945-CMPSK... | COMPRESSION SOCK 8 15 MM HG 60 S DAISIES | 100 | 6.00 | | 600.00 |
| 1967-CMPSK... | COMPRESSION SOCK 8 - 15 MM HG STAR GAZER RWB | 100 | 6.00 | | 600.00 |
| 1983-CMPSK... | COMPRESSION SOCK 8 15 MM HG SUZZI | 100 | 6.00 | | 600.00 |
| 1988-CMPSK... | COMPRESSION SOCK 8 15 MM HG TURQUOISE KLARA | 100 | 6.00 | | 600.00 |
| 264-CMPSK815 | COMPRESSION SOCK 8- 15 MM HG KITTY | 100 | 6.00 | | 600.00 |

**Total**

07/18/2015 1:34 PM FAX  409 763 1084          CELESTE STEIN DESIGNS          ☒0001/0008

Cutleful Distribution / Scrubsco

# Purchase Order

8216 Princeton Glendale Rd
BOX 199
West Chester, OH 45069
scrubscompany@gmail.com
Phone # 513-892-9265    cutleful4u@gmail.com
Fax # 513-874-5486    cutleful4u.com

| Date | P.O. No. |
|------|----------|
| 5/15/2015 | 1174 |

**Vendor**

CELESTE STEIN DESIGNS
Galveston, TX

**Ship To**

SCRUBSCO
5368 PINECASTLE
WEST CHESTER, OH 45069

| Item | Description | Qty | Rate | MPN | Amount |
|------|-------------|-----|------|-----|--------|
| 265-CMPSK815 | COMPRESSION SOCK 8-15 MM HG DOGGIE | 100 | 6.00 | | 600.00 |
| 340-CMPSK815 | COMPRESSION SOCK 8-15 mm Hg Blackie | 150 | 6.00 | | 900.00 |
| 341-CMPSK815 | COMPRESSION SOCK 8-15 mm HG A. POWERS | 100 | 6.00 | | 600.00 |
| 450-CMPSK815 | COMPRESSION SOCKS 8-15MM HG BLACK BUTTERFLY | 200 | 6.00 | | 1,200.00 |
| 458-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG BLUE CAM | 100 | 6.00 | | 600.00 |
| 466-CMPSK815 | COMPRESSION SOCK 8-15 MM HG RAINBOW ZEBRA | 150 | 6.00 | | 900.00 |
| 522-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG CHOCOLATES | 100 | 6.00 | | 600.00 |
| 587-CMPSK815 | COMPRESSION SOCK 8-15 mm Hg Pink Fuchsia Cheetah | 150 | 6.00 | | 900.00 |
| 593-CMPSK815 | COMPRESSION SOCK 8-15 MM HG HAIRY LEOPARD | 100 | 6.00 | | 600.00 |
| 809-CMPSK815 | COMPRESSION SOCKS 8-15 MM HG FLOW ZEBRA | 250 | 6.00 | | 1,500.00 |
| 7-CMPSK815 | COMPRESSION SOCK 8-15MM BEIGE | 60 | 2.00 | | 120.00 |

## Total      $36,420.00

09/22/2015 3:56 PM FAX 409 763 1084     CELESTE STEIN DESIGNS     ☑0003/0007

9/22/15 at 16:47:54.30                                                              Page: 1

## CELESTE STEIN DESIGNS INC.
### Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| SCRUBSCO SCRUBSCO | 5/9/13 | 13255 | SJ | 1,770.00 | | 1,770.00 |
| | 5/30/13 | 13309 | SJ | 3,342.00 | | 5,112.00 |
| | 6/11/13 | 13345 | SJ | 1,224.00 | | 6,336.00 |
| | 6/11/13 | 13346 | SJ | 1,746.00 | | 8,082.00 |
| | 6/12/13 | 1123/1124 | CRJ | | 5,112.00 | 2,970.00 |
| | 7/3/13 | 13424 | SJ | 2,484.00 | | 5,454.00 |
| | 7/3/13 | 13425 | SJ | 992.47 | | 6,446.47 |
| | 7/17/13 | 1 | CRJ | | 2,970.00 | 3,476.47 |
| | 8/2/13 | 13513 | SJ | 1,134.42 | | 4,610.89 |
| | 8/8/13 | 1 | CRJ | | 3,476.47 | 1,134.42 |
| | 8/13/13 | 13585 | SJ | 1,303.45 | | 2,437.87 |
| | 8/13/13 | 13586 | SJ | 972.00 | | 3,409.87 |
| | 8/22/13 | 13620 | SJ | 334.41 | | 3,744.28 |
| | 9/6/13 | 9/6/13 | CRJ | | 1,134.42 | 2,609.86 |
| | 9/9/13 | 13669 | SJ | 864.00 | | 3,473.86 |
| | 9/9/13 | 13670 | SJ | 3,960.00 | | 7,433.86 |
| | 9/12/13 | 9/13/13 | CRJ | | 2,275.45 | 5,158.41 |
| | 9/20/13 | 9/20/13 | CRJ | | 334.41 | 4,824.00 |
| | 9/20/13 | 13731 | SJ | 2,196.00 | | 7,020.00 |
| | 9/20/13 | 13732 | SJ | 4,050.00 | | 11,070.00 |
| | 10/3/13 | 13788 | SJ | 4,260.00 | | 15,330.00 |
| | 10/3/13 | 13789 | SJ | 6,000.00 | | 21,330.00 |
| | 10/8/13 | 10/08/13 | CRJ | | 864.00 | 20,466.00 |
| | 10/11/13 | 562 | CRJ | | 3,960.00 | 16,506.00 |
| | 10/11/13 | 13828 | SJ | 3,540.00 | | 20,046.00 |
| | 10/21/13 | 10/21/13 | CRJ | | 6,246.00 | 13,800.00 |
| | 10/21/13 | 13890 | SJ | 1,044.00 | | 14,844.00 |
| | 10/25/13 | 13908 | SJ | 13,344.00 | | 28,188.00 |
| | 11/5/13 | 11/5/13 | CRJ | | 6,000.00 | 22,188.00 |
| | 11/7/13 | 13976 | SJ | 3,198.00 | | 25,386.00 |
| | 11/12/13 | 11/12/13 | CRJ | | 4,260.00 | 21,126.00 |
| | 11/13/13 | 11/13/13 | CRJ | | 2,000.00 | 19,126.00 |
| | 11/18/13 | 11/14/13 | CRJ | | 1,500.00 | 17,626.00 |
| | 11/18/13 | 11/15/13 | CRJ | | 40.00 | 17,586.00 |
| | 11/20/13 | 11/20/13 | CRJ | | 1,044.00 | 16,542.00 |
| | 12/2/13 | 1005 | CRJ | | 13,344.00 | 3,198.00 |
| | 12/6/13 | 14161 | SJ | 1,542.00 | | 4,740.00 |
| | 12/6/13 | 14162 | SJ | 5,544.00 | | 10,284.00 |
| | 12/6/13 | 14163 | SJ | 3,491.00 | | 13,775.00 |
| | 12/6/13 | 14164 | SJ | 3,456.00 | | 17,231.00 |
| | 12/6/13 | 14165 | SJ | 1,368.00 | | 18,599.00 |
| | 12/13/13 | 1006 | CRJ | | 3,198.00 | 15,401.00 |
| | 1/8/14 | 1007 | CRJ | | 7,086.00 | 8,315.00 |
| | 1/8/14 | 1008 | CRJ | | 1,368.00 | 6,947.00 |
| | 1/10/14 | 1009 | CRJ | | 3,491.00 | 3,456.00 |
| | 1/17/14 | 1010 | CRJ | | 3,456.00 | 0.00 |
| | 1/23/14 | 14505 | SJ | 160.00 | | 100.00 |
| | 1/24/14 | 14512 | SJ | 10,938.00 | | 11,098.00 |
| | 2/7/14 | 14586 | SJ | 1,422.00 | | 12,520.00 |
| | 2/7/14 | 14587 | SJ | 12,342.00 | | 24,862.00 |
| | 2/24/14 | 0000001011 ck | CRJ | | 11,098.00 | 13,764.00 |
| | 2/25/14 | 14673 | SJ | 5,556.00 | | 19,320.00 |
| | 3/7/14 | 14709 | SJ | 1,230.00 | | 20,550.00 |
| | 3/7/14 | 14710 | SJ | 168.00 | | 20,718.00 |
| | 3/7/14 | 14711 | SJ | 4,368.00 | | 25,086.00 |
| | 3/7/14 | 14712 | SJ | 6,076.00 | | 31,762.00 |
| | 3/13/14 | 3/13SCRUBSC | CRJ | | 12,096.00 | 19,666.00 |
| | 3/19/14 | 3/19SCRUBSC | CRJ | | 1,422.00 | 18,244.00 |
| | 3/20/14 | 14752 | SJ | 222.00 | | 18,466.00 |
| | 3/20/14 | 14753 | SJ | 84.00 | | 18,550.00 |
| | 3/20/14 | 14754 | SJ | 8,166.00 | | 26,716.00 |
| | 3/25/14 | 14775 | SJ | 3,456.00 | | 30,172.00 |
| | 3/26/14 | 1013 SCRUBS | CRJ | | 5,556.00 | 24,616.00 |



09/22/2015 3:56 PM FAX   409 763 1084     CELESTE STEIN DESIGNS     ☑0004/0007

Page: 2

9/22/15 at 16:47:54.35

# CELESTE STEIN DESIGNS INC.
## Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 24,653.00 |
| | 3/27/14 | 14784 | SJ | 37.00 | | 24,929.00 |
| | 3/27/14 | 14795 | SJ | 276.00 | | 26,567.00 |
| | 3/27/14 | 14796 | SJ | 1,638.00 | | 37,745.00 |
| | 3/27/14 | 14797 | SJ | 11,178.00 | | 36,347.00 |
| | 4/3/14 | 1014 | CRJ | | 1,398.00 | 46,841.00 |
| | 4/4/14 | 14832 | SJ | 10,494.00 | | 50,021.00 |
| | 4/7/14 | 14839 | SJ | 3,180.00 | | 45,653.00 |
| | 4/8/14 | 4/8/14 | CRJ | | 4,368.00 | 38,977.00 |
| | 4/14/14 | 4/14/14 | CRJ | | 6,676.00 | 38,977.00 |
| | 4/25/14 | 1012,1015 | CRJ | 5.00 | 5.00 | 30,259.00 |
| | 4/25/14 | 1012,1015 | CRJ | | 8,718.00 | 30,331.00 |
| | 5/2/14 | 14965 | SJ | 72.00 | | 30,685.00 |
| | 5/2/14 | 14966 | SJ | 354.00 | | 32,689.00 |
| | 5/2/14 | 14967 | SJ | 2,004.00 | | 32,893.00 |
| | 5/2/14 | 14968 | SJ | 204.00 | | 33,937.00 |
| | 5/2/14 | 14969 | SJ | 1,044.00 | | 36,967.00 |
| | 5/2/14 | 14970 | SJ | 3,030.00 | | 37,015.00 |
| | 5/2/14 | 14971 | SJ | 48.00 | | 23,886.00 |
| | 5/2/14 | 1016 | CRJ | | 13,129.00 | 17,250.00 |
| | 5/2/14 | 5/2/14 | CRJ | | 6,636.00 | 19,650.00 |
| | 5/14/14 | 15021 | SJ | 2,400.00 | | 9,156.00 |
| | 5/15/14 | 5/15/14 | CRJ | | 10,494.00 | 9,156.00 |
| | 5/19/14 | 5/19/14 | CRJ | 48.00 | 48.00 | 6,756.00 |
| | 5/19/14 | 5/19/14 | CRJ | | 2,400.00 | 6,828.00 |
| | 5/22/14 | 15078 | SJ | 72.00 | | 16,482.00 |
| | 5/22/14 | 15079 | SJ | 9,654.00 | | 18,936.40 |
| | 5/22/14 | 15080 | SJ | 2,454.40 | | 12,180.40 |
| | 6/2/14 | 6/2/14 | CRJ | | 6,756.00 | 12,306.40 |
| | 6/2/14 | 15122 | SJ | 126.00 | | 15,819.33 |
| | 6/2/14 | 15123 | SJ | 3,512.93 | | 19,441.50 |
| | 6/9/14 | 15152 | SJ | 3,622.17 | | 22,456.73 |
| | 6/20/14 | 15198 | SJ | 3,015.23 | | 28,335.88 |
| | 6/20/14 | 15199 | SJ | 5,879.15 | | 25,881.48 |
| | 6/21/14 | 6/21/14 | CRJ | | 2,454.40 | 25,809.48 |
| | 6/21/14 | 6/21/14 | CRJ | | 72.00 | 16,155.48 |
| | 6/23/14 | 6/21/14 | CRJ | | 9,654.00 | 19,042.17 |
| | 6/30/14 | 15230 | SJ | 2,886.69 | | 15,529.24 |
| | 7/2/14 | 7/2/14 | CRJ | | 3,512.93 | 15,403.24 |
| | 7/2/14 | 7/2/14 | CRJ | | 126.00 | 20,498.41 |
| | 7/3/14 | 15236 | SJ | 5,095.17 | | 16,876.24 |
| | 7/8/14 | 7/2814 | CRJ | | 3,622.17 | 17,476.24 |
| | 7/11/14 | 15268 | SJ | 600.00 | | 17,932.24 |
| | 7/11/14 | 15269 | SJ | 456.00 | | 20,860.35 |
| | 7/11/14 | 15270 | SJ | 2,928.11 | | 21,735.25 |
| | 7/18/14 | 15298 | SJ | 874.90 | | 25,406.42 |
| | 7/18/14 | 15307 | SJ | 3,671.17 | | 27,494.42 |
| | 7/18/14 | 15308 | SJ | 2,088.00 | | 27,819.90 |
| | 7/18/14 | 15309 | SJ | 325.48 | | 24,804.67 |
| | 7/21/14 | 7/21/14 1 | CRJ | | 3,015.23 | 18,925.52 |
| | 7/21/14 | 7/21/14 2 | CRJ | | 5,879.15 | 21,774.63 |
| | 7/22/14 | 15316 | SJ | 2,849.11 | | 22,985.54 |
| | 7/23/14 | 15334 | SJ | 1,210.91 | | 20,098.85 |
| | 7/30/14 | 7/30/14 | CRJ | | 2,886.69 | 15,003.68 |
| | 8/1/14 | 8-1 | CRJ | | 5,095.17 | 20,359.05 |
| | 8/1/14 | 15367 | SJ | 5,355.37 | | 23,224.73 |
| | 8/8/14 | 15404 | SJ | 2,865.68 | | 22,624.73 |
| | 8/11/14 | 8/11/14 | CRJ | | 600.00 | 22,168.73 |
| | 8/11/14 | 8/11/14 | CRJ | | 456.00 | 19,240.62 |
| | 8/11/14 | 8/11/14 | CRJ | | 2,928.11 | 18,365.72 |
| | 8/18/14 | 8/18/14 1 | CRJ | | 874.90 | 14,694.55 |
| | 8/18/14 | 8/18/14 2 | CRJ | | 3,671.17 | 12,606.55 |
| | 8/18/14 | 8/18/14 3 | CRJ | | 2,088.00 | 12,281.07 |
| | 8/18/14 | 8/18/14 4 | CRJ | | 325.48 | |

09/22/2015 3:50 PM FAX   409 763 1084        CELESTE STEIN DESIGNS          ☑0005/0007

9/22/15 at 16:47:54.37                                                          Page: 3

# CELESTE STEIN DESIGNS INC.
## Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 8/22/14 | 8/22/14 2 | CRJ | | 2,849.11 | 9,431.96 |
| | 8/26/14 | 8/26/14 1 | CRJ | | 1,210.91 | 8,221.05 |
| | 8/29/14 | 15503 | SJ | 798.00 | | 9,019.05 |
| | 8/29/14 | 15505 | SJ | 12,527.62 | | 21,546.67 |
| | 9/2/14 | 9/2/14 1 | CRJ | | 5,355.37 | 16,191.30 |
| | 9/8/14 | 9/8/14 1 | CRJ | | 2,865.88 | 13,325.62 |
| | 9/18/14 | 15577 | SJ | 17,894.84 | | 31,220.46 |
| | 9/23/14 | 15603 | SJ | 7,951.95 | | 39,172.41 |
| | 9/23/14 | 15604 | SJ | 640.00 | | 39,812.41 |
| | 9/23/14 | 15605 | SJ | 5,796.00 | | 45,608.41 |
| | 9/25/14 | 15612 | SJ | 3,511.81 | | 49,120.22 |
| | 9/25/14 | 15621 | SJ | 5,784.09 | | 54,904.31 |
| | 9/26/14 | 15628 | SJ | 2,421.69 | | 57,326.00 |
| | 9/29/14 | 9/29/14 | CRJ | | 798.00 | 56,528.00 |
| | 9/29/14 | 9/29/14 | CRJ | | 12,527.62 | 44,000.38 |
| | 10/6/14 | 15681 | SJ | 5,269.47 | | 49,269.85 |
| | 10/17/14 | 10/17/14 | CRJ | | 7,951.95 | 41,317.90 |
| | 10/17/14 | 15757 | SJ | 360.00 | | 41,677.90 |
| | 10/17/14 | 15758 | SJ | 504.00 | | 42,181.90 |
| | 10/17/14 | 15759 | SJ | 5,169.89 | | 47,351.79 |
| | 10/22/14 | 1210 | CRJ | 6.00 | | 47,351.79 |
| | 10/22/14 | 1210 | CRJ | | 17,894.84 | 29,456.95 |
| | 10/22/14 | 15773 | SJ | 240.00 | | 29,696.95 |
| | 10/22/14 | 15774 | SJ | 11,778.47 | | 41,475.42 |
| | 10/23/14 | 10/23/14 | CRJ | | 640.00 | 40,835.42 |
| | 10/23/14 | 10/23 | CRJ | | 5,796.00 | 35,039.42 |
| | 10/27/14 | 10/27/14 | CRJ | | 3,511.81 | 31,527.61 |
| | 10/27/14 | 10/27 | CRJ | | 5,784.09 | 25,743.52 |
| | 10/27/14 | 10-27-14 | CRJ | | 2,421.69 | 23,321.83 |
| | 10/31/14 | 15856 | SJ | 12,248.61 | | 35,570.44 |
| | 11/7/14 | 11/7/14 | CRJ | | 5,269.47 | 30,300.97 |
| | 11/17/14 | 11/17/14 | CRJ | | 360.00 | 29,940.97 |
| | 11/17/14 | 11-17-14 | CRJ | | 504.00 | 29,436.97 |
| | 11/17/14 | Nov 17,2014 | CRJ | | 5,169.89 | 24,267.08 |
| | 11/20/14 | 15991 | SJ | 2,214.00 | | 26,481.08 |
| | 11/20/14 | 15992 | SJ | 6,200.26 | | 32,681.34 |
| | 11/24/14 | 11/24/14 | CRJ | | 240.00 | 32,441.34 |
| | 11/24/14 | 11-24-14 | CRJ | | 11,778.47 | 20,662.87 |
| | 12/1/14 | 11/29/14 | CRJ | | 12,248.61 | 8,414.26 |
| | 12/12/14 | 16148 | SJ | 2,484.00 | | 10,898.26 |
| | 12/12/14 | 16149 | SJ | 3,822.00 | | 14,720.26 |
| | 12/12/14 | 16150 | SJ | 9,696.29 | | 24,416.55 |
| | 12/31/14 | 12/31/14 | CRJ | | 6,200.26 | 18,216.29 |
| | 1/2/15 | 1/2/15 | CRJ | | 2,214.00 | 16,002.29 |
| | 1/16/15 | 1/16/15 | CRJ | | 2,484.00 | 13,518.29 |
| | 1/16/15 | 1/16/15 | CRJ | | 3,822.00 | 9,696.29 |
| | 1/20/15 | 1/20/15 | CRJ | | 9,696.29 | 0.00 |
| | 1/23/15 | 16332 | SJ | 1,309.82 | | 1,309.82 |
| | 1/23/15 | 16334 | SJ | 1,188.00 | | 2,497.82 |
| | 1/23/15 | 16335 | SJ | 1,306.06 | | 3,803.88 |
| | 1/30/15 | 16357 | SJ | 13,499.15 | | 17,303.03 |
| | 2/23/15 | 2/26/15 | CRJ | | 1,309.82 | 15,993.21 |
| | 2/23/15 | 2/23/15 | CRJ | | 1,188.00 | 14,805.21 |
| | 2/23/15 | 2/23/15 | CRJ | | 1,306.06 | 13,499.15 |
| | 2/27/15 | 2/27/15 | CRJ | | 5,500.00 | 7,999.15 |
| | 3/2/15 | 3/2/15 | CRJ | | 7,999.15 | 0.00 |
| | 3/4/15 | 16518 | SJ | 1,698.00 | | 1,698.00 |
| | 3/4/15 | 16525 | SJ | 11,970.00 | | 13,668.00 |
| | 3/4/15 | 16526 | SJ | 2,976.00 | | 16,644.00 |
| | 3/5/15 | 16528 | SJ | 7,284.00 | | 23,928.00 |
| | 3/20/15 | 16596 | SJ | 720.00 | | 24,648.00 |
| | 3/20/15 | 16597 | SJ | 6,678.00 | | 31,326.00 |
| | 3/27/15 | 16618 | SJ | 20,832.00 | | 52,158.00 |

9/22/15 at 16:47:54.38                                                                    Page: 4

# CELESTE STEIN DESIGNS INC.
## Customer Ledgers
### For the Period From Jan 1, 2013 to Sep 30, 2015
Filter Criteria includes: 1) IDs from SCRUBSCO to SCRUBSCO. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 4/1/15 | 16643 | SJ | 4,014.00 | | 55,172.00 |
| | 4/2/15 | 4/2/15 | CRJ | | 1,698.00 | 54,474.00 |
| | 4/2/15 | 4/2/15 | CRJ | | 11,970.00 | 42,504.00 |
| | 4/2/15 | 4/02/15 | CRJ | | 2,976.00 | 39,528.00 |
| | 4/6/15 | 4/6/15 | CRJ | | 7,284.00 | 32,244.00 |
| | 4/13/15 | 16692 | SJ | 1,800.00 | | 34,044.00 |
| | 4/13/15 | 16693 | SJ | 3,168.00 | | 37,212.00 |
| | 4/21/15 | 4/21/15 | CRJ | | 720.00 | 36,492.00 |
| | 4/21/15 | 4-21-15 | CRJ | | 6,678.00 | 29,814.00 |
| | 4/24/15 | 16749 | SJ | 822.00 | | 30,636.00 |
| | 4/24/15 | 16750 | SJ | 558.00 | | 31,194.00 |
| | 4/24/15 | 16751 | SJ | 28,398.00 | | 59,592.00 |
| | 4/27/15 | 4/27/15 | CRJ | | 20,832.00 | 38,760.00 |
| | 4/29/15 | 16773 | SJ | 1,392.00 | | 40,152.00 |
| | 4/29/15 | 16774 | SJ | 1,482.00 | | 41,634.00 |
| | 4/29/15 | 16775 | SJ | 5,256.00 | | 46,890.00 |
| | 5/1/15 | 16791 | SJ | 5,226.00 | | 52,116.00 |
| | 5/1/15 | 5/1/15 | CRJ | | 4,014.00 | 48,102.00 |
| | 5/13/15 | 5/813/15 | CRJ | | 1,800.00 | 46,302.00 |
| | 5/13/15 | 5/13/15 | CRJ | | 3,168.00 | 43,134.00 |
| | 5/20/15 | 16869 | SJ | 6,978.00 | | 50,112.00 |
| | 5/22/15 | 5/22/15 | CRJ | | 822.00 | 49,290.00 |
| | 5/22/15 | 5/22/15 | CRJ | | 558.00 | 48,732.00 |
| | 5/22/15 | 5-22-15 | CRJ | | 13,509.00 | 35,223.00 |
| | 5/22/15 | 16886 | SJ | 3,980.00 | | 39,203.00 |
| | 5/22/15 | 16885 | SJ | 6,200.00 | | 45,403.00 |
| | 5/26/15 | 5/26/15 | CRJ | | 14,889.00 | 30,514.00 |
| | 5/29/15 | 5/29/15 | CRJ | | 1,392.00 | 29,122.00 |
| | 5/29/15 | 5-29-15 | CRJ | | 1,482.00 | 27,640.00 |
| | 5/29/15 | 5,29,15 | CRJ | | 5,256.00 | 22,384.00 |
| | 5/29/15 | 5/29/15 | CRJ | | 5,226.00 | 17,158.00 |
| | 5/29/15 | 16903 | SJ | 1,638.00 | | 18,796.00 |
| | 5/29/15 | 16904 | SJ | 23,580.00 | | 42,376.00 |
| | 6/5/15 | 16938 | SJ | 810.00 | | 43,186.00 |
| | 6/5/15 | 16939 | SJ | 22,062.00 | | 65,248.00 |
| | 6/18/15 | 6/18/15 | CRJ | | 6,978.00 | 58,270.00 |
| | 6/19/15 | 619scr | CRJ | | 6,200.00 | 52,070.00 |
| | 6/19/15 | 0619scrubsco2 | CRJ | | 3,980.00 | 48,090.00 |
| | 6/25/15 | 6/25/15 | CRJ | | 1,638.00 | 46,452.00 |
| | 6/30/15 | 6/29/15 | CRJ | | 7,500.00 | 38,952.00 |
| | 6/30/15 | 1152 | CRJ | | 3,000.00 | 35,952.00 |
| | 7/13/15 | 713SCRUBSC | CRJ | | 1,500.00 | 34,452.00 |
| | 7/27/15 | 1155 | CRJ | | 2,000.00 | 32,452.00 |
| | 8/27/15 | DISPUTE-CHA | CRJ | 7,500.00 | | 39,952.00 |
| | 9/8/15 | 0908scrubsco | CRJ | | 7,500.00 | 32,452.00 |
| | 9/8/15 | 1157 | CRJ | | 1,000.00 | 31,452.00 |
| Report Total | | | | 535,146.24 | 503,694.24 | 31,452.00 |

Address:

Ship TO:   5368 Pine Castle

West Chester, OH 4506?

Bill TO,

8216 ⊙ Princeton Glendale R
Box 199
West Chester, OH 45069

UPS: Tracking Information

Page 1 of 1

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z7263040348392840 |
| Service: | UPS Ground |
| Weight: | 92.00 lbs |
| Shipped/Billed On: | 06/05/2015 |
| Delivered On: | 06/03/2015 2:13 P.M. |
| Delivered To: | 5368 PINECASTLE CT |
| | WEST CHESTER, OH, US   45069 |
| Left At: | Met Customer Woman |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS: 07/16/2015 12:29 P.M.  ET

Print This Page                                     Close Window



**UPS: Tracking Information**                                              Page 1 of 1

 **Proof of Delivery**                        Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z7263040346226388 |
| **Service:** | UPS Ground |
| **Weight:** | 27.00 lbs |
| **Shipped/Billed On:** | 06/05/2015 |
| **Delivered On:** | 06/10/2015 3:14 P.M. |
| **Delivered To:** | 5368 PINECASTLE CT |
| | WEST CHESTER, OH, US  45069 |
| **Left At:** | Porch |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  07/16/2015 12:33 P.M.  ET

Print This Page                                   Close Window

## Renee Rochkind

| | |
|---|---|
| **From:** | Renee Rochkind |
| **Sent:** | Friday, July 10, 2015 3:39 PM |
| **To:** | 'tom landrith'; Cutieful 4U |
| **Cc:** | Celeste Stein; Dori Golan; 'alton@actlaw.com' |
| **Subject:** | RE: Past Due Invoices |

No it would not help but thank you for the ofer.

You are under the impression that we discontinued doing business with you.  We are not shipping at this time because of your outstanding balance on past due invoices totalling $34,452.00. This has caused a serious breakdown in our business relationship.  Distributors are expected to pay on time.  Since this is not happening you have lost your distributorship.  Please retain an attorney in Texas.  The law firm of Alton Todd will be in touch.

Renee Rochkind

**From:** tom landrith [mailto:tomlandrith@gmail.com]
**Sent:** Friday, July 10, 2015 1:38 PM
**To:** Cutieful 4U
**Cc:** Renee Rochkind; Celeste Stein; Dori Golan
**Subject:** Re: Past Due Invoices

Renee,

If it would help we can return some inventory to help offset our outstanding debt?

Tom

On Fri, Jul 10, 2015 at 2:34 PM, Cutieful 4U <cutieful4u@gmail.com> wrote:
Hello All,

Your decision to discontinue our business relationship has caused us to have serious financial issues in the short term.  We will continue to make payments on a weekly basis. If you choose to use legal representation we will work directly with him or her.

Tom

On Fri, Jul 10, 2015 at 1:28 PM, Renee Rochkind <ReneeRochkind@celestestein.com> wrote:

Tom,

A check was received today for $1,500.00.  This is not acceptable.

The invoices listed below will need to be paid in full by Monday, July 13, 2015.  If we do not receive it will be turned over to a lawyer.

1



Inv. 16904    $11,580.00

Inv. 16938    $    810.00

Inv. 16939    $22,062.00

**TOTAL**        $34,452.00

Renee Rochkind

Collections

...
**Cutieful Distribution**
ph. 513-892-9265
fax 513-874-5486
cutieful4u@gmail.com
www.cutieful4U.com

--
Tom Landrith
**Cutieful Distribution**

Independent Rep for
Barco Uniforms

cell: 513-238-7190
fax: 513-874-5486
tomlandrith@gmail.com



**Cutieful Distribution**

8216 Princeton-Glendale Road Box 199

West Chester, OH 45069

Tel: (513)892-9265

Fax: (513)874-5486

cutieful4u.com

cutieful

## Price List Effectve October 15, 2015

**Cutieful Compression Socks**

   0815 MM HG        All Designs        $ 6.50 EA

**Purse Key Finders**        All Designs        $ 3.95 EA

**Pepper Spray**

         Spitfire        $ 8.99 EA
         Hard Case        $ 5.99 EA
         Lipstick        $ 5.99 EA
         Runner        $ 5.99 EA
         Camo        $ 5.99 EA
         Floral Designer        $ 5.99 EA





# cutieful

 ## We're Back!

New catalog, new designs, new packaging.
Enclosed you will find our new catalog and order form.

### *Hope you like it!*

*Special Sale*

## Buy 36 Pieces
(Finders Key Purse and Pepper spray included)

# SAVE 10%

Write SALE on the top of the order form
and we will take care of the rest.

## Thank you for your past support.
## We look forward to working with you in the future.



**Cutieful Distribution** ✦ 8216 Princeton-Glendale ✦ Box 199 ✦ West Chester, OH 45069
www.cutieful4u.com ✦ phone: 513.892.9265 ✦ fax: 513.874.5486 ✦ email: cutieful4u@gmail.com



THERAPEUTIC
Compression Socks

cutieful



They Feel Good and are Fashionable and Fun







# DOTS, STARS & PATTERNS

A Happy Place for Hardworking Legs.

95% Nylon, 5% Spandex, Latex Free, 8-15mm/Hg Compression. Printed in the United States.

#0815-MPD
MULTI-COLORED
POLKA DOT

#0815-TPD
TRADITIONAL
POLKA DOT

#0815-APD
ABSTRACT
POLKA DOT

#0815-RPD
RED
POLKA DOT

#0815-BPD
BLUE
POLKA DOT

cutieful
THERAPEUTIC
Compression Socks

#0815-ABS
ABSTRACT
STARS

#0815-BCR
BREAST CANCER
RIBBONS

#0815-AMS
AMERICAN
STARS

#0815-ANC
ANCHORS

#0815-SUM
STRIPED
UMBRELLAS

cutieful

Cutieful Distribution ✤ 8216 Princeton-Glendale ✤ Box 199 ✤ West Chester, OH 45069
www.cutieful4u.com ✤ phone: 513.892.9265 ✤ fax: 513.874.5486 ✤ email: cutieful4u@gmail.com



## CUTE & CUDDLY CRITTERS

A Happy Place for Hardworking Legs.
95% Nylon, 5% Spandex, Latex Free, 8-15mm/Hg Compression. Printed in the United States.

#0815-WBF
WHITE
BUTTERFLY

#0815-BMK
BLUE MONKEY

#0815-BBF
BLACK
BUTTERFLY

#0815-PMK
PINK MONKEY

#0815-LGO
LARGE OWLS

cutieful
THERAPEUTIC
Compression Socks

#0815-DPD
DAPPER
DOGS

#0815-BKO
BLACK OWLS

#0815-CZC
CRAZY CATS

#0815-ACD
AUTUMN
CATS & DOGS

#0815-BCD
BRIGHT
CATS & DOGS

cutieful

Cutieful Distribution ✤ 8216 Princeton-Glendale ✤ Box 199 ✤ West Chester, OH 45069
www.cutieful4u.com ✤ phone: 513.892.9265 ✤ fax: 513.874.5486 ✤ email: cutieful4u@gmail.com









# cutieful

**Distribution**          **Formerly Scrubsco  LTD**

**DISTRIBUTORS OF COMPRESSION SOCKS, ACCESSORIES AND THINGS. SOLD EXCLUSIVELY TO UNIFORM AND SCRUB STORES, MED SUPPLY RETAILERS AND GIFT SHOPS**

**www.cutieful4u.com**

Ph.513-892-9265, cell 513-238-7150, fax 513-874-5486

**Email: cutieful4u@gmail.com**

THERAPEUTIC
COMPRESSION SOCKS

FEATURING



CUTIEFUL SOCKS



EXHIBIT

H

# THERAPEUTIC COMPRESSION SOCKS
## BY
## CELESTE STEIN™

### Who Said Compression Hosiery Can't Be Fashionable?

CELESTE STEIN Ultra Sheer Compression Hosiery is designed to help your legs feel great all day! Our hosiery improves circulation with graduated compression, giving your legs the relief they need while traveling, working, walking or just sitting.



One Size
Women's shoe size 5-11
Knee Length-Closed Toe



A. **218 Heaven**
8-15 mmHg 643429
15-20 mmHg 111111
B. **341 Powers**
8-15 mmHg 111111
15-20 mmHg 111111
C. **593 Hairy Leopard**
8-15 mmHg 643478
15-20 mmHg 111111

D. **809 Zebra**
8-15 mmHg 111111
15-20 mmHg 643551
E. **1054 Midnight Lace**
8-15 mmHg 643395
15-20 mmHg 111111
F. **1345 Tan Brn Plaid**
8-15 mmHg 111111
15-20 mmHg 643554

G. **1415 Katie's Lace**
8-15 mmHg 111111
15-20 mmHg 643502
H. **1576 Denim Dotty**
8-15 mmHg 643486
15-20 mmHg 111111
I. **1609 Sml Blk Versace**
8-15 mmHg 643437
15-20 mmHg 111111

J. **1669 Madison**
8-15 mmHg 111111
15-20 mmHg 643536
K. **1721 Raspberry Hill**
8-15 mmHg 111111
15-20 mmHg 111111
L. **1722 Cougar Denim**
8-15 mmHg 643387
15-20 mmHg 111111

M. **1780 Lexi**
8-15 mmHg 111111
15-20 mmHg 643528
N. **1785 Black Paisley**
8-15 mmHg 643411
15-20 mmHg 111111
O. **1867 Pink Diva**
8-15 mmHg 643403
15-20 mmHg 111111

P. **1893 Navy Unica**
8-15 mmHg 643494
15-20 mmHg 111111
Q. **White (not pictured)**
8-15 mmHg 111111
15-20 mmHg 643569

EXHIBIT
tabbies
I

Radial Socks ad 071313.indd 1

7/23/13 2:20:42 AM

# THERAPEUTIC COMPRESSION SOCKS
## BY
# CELESTE STEIN™

### Who Said Compression Hosiery Can't Be Fashionable?
CELESTE STEIN Ultra Sheer Compression Hosiery is designed to help your legs feel great all day! Our hosiery improves circulation with graduated compression, giving your legs the relief they need while traveling, working, walking or just sitting.



**SHOW SPECIAL 10% OFF ENTIRE ORDER**

One Size
Women's Shoe Size 5-11
Knee Length - Closed Toe

Made In The U.S.A.

A. **218 Heaven**
   8-15 mmHg 643429
   15-20 mmHg 648782

B. **341 Austin Powers**
   8-15 mmHg 648725
   15-20 mmHg 648741

C. **593 Hairy Leopard**
   8-15 mmHg 643478
   15-20 mmHg 648808

D. **809 Flow Zebra**
   8-15 mmHg 648709
   15-20 mmHg 643551

E. **1054 Midnight Lace**
   8-15 mmHg 643395
   15-20 mmHg 648766

F. **1345 Tan/Brn Plaid**
   8-15 mmHg 648691
   15-20 mmHg 643544

G. **1415 Katie's Lace**
   8-15 mmHg 648667
   15-20 mmHg 643502

H. **1576 Denim Dotty**
   8-15 mmHg 643496
   15-20 mmHg 648816

I. **1609 Sml Blk Versache**
   8-15 mmHg 643437
   15-20 mmHg 648790

J. **1669 Madison**
   8-15 mmHg 648683
   15-20 mmHg 643536

K. **1721 Raspberry Hill**
   8-15 mmHg 648733
   15-20 mmHg 648758

L. **1722 Cougar Denim**
   8-15 mmHg 643387
   15-20 mmHg 648832

M. **1780 Lexi**
   8-15 mmHg 648675
   15-20 mmHg 643528

N. **1785 Black Paisley**
   8-15 mmHg 643411
   15-20 mmHg 648744

O. **1867 Pink Diva**
   8-15 mmHg 643403
   15-20 mmHg 643510

P. **1893 Navy Unica**
   8-15 mmHg 643494
   15-20 mmHg 648824

Q. **White (not pictured)**
   8-15 mmHg 648717
   15-20 mmHg 643569

# THERAPEUTIC COMPRESSION ZOCKS
### BY
## OVATION®

## Make a fashionable statement....ride in comfort!

Compression Zocks are designed to help your legs feel great all day! They improve circulation with 3 points graduated compression, giving your legs the relief they need while riding, working, and walking.



## English Riding Supply
www.EnglishRidingSupply.com
Phone: 1.866.569.1600

A. 490 Black and White Cheetah
B. 1544 Dark Intoxicate
C. 1935 Bedazzled Black
D. 1946 Horse Collage
E. 1936 Cream Aztec
F. 9900 DMSK
G. 1944 Tribe Vibe
H. 1945 60's Red Daisy
I. 1870 Meg
J. 1947 Horses In Horses Out

One Size
Women's Shoe Size 5 -11
8-15 mmHg Compression


Made In The U.S.A.

## 469211
## Therapeutic Compression Zocks



EXHIBIT

J



EXHIBIT
K
tabbies





**EXHIBIT**



istore.iworkandplay.com

🛒 CART  0  item(s) ▾

SEARCH...  🔍  +

Home / Footwear / Socks / Cutieful / Cutieful Compression Socks Kitty

# Cutieful Compression Socks Kitty

Hover over image to zoom



**$15.98**

By:                          Cutieful
Product Code:        CMPS-264
Availability:

🎁 Add to Wish List         🛒 Add to Cart

 

## DESCRIPTION

Cutieful Compression Socks Kitty

Cutieful Ultra Sheer Compression Hosiery is designed to
help your legs feel great all day.
They improve circulation with graduated compression,
giving you legs the relief they need while
traveling,working,walking or just sitting.

I Work & Play
1308 8th Street, Suite 1

Top Products
About Us

Medical Uniforms, Footwear, Lab
Coats and Equipment





Cutieful Compress...

$15.98







I Work & Play
1308 8th Street, Suite 1
West Des Moines, IA 50265
MON-THURS: 8 AM - 8 PM FRI 8 AM - 7 PM SAT. 11
AM-7 PM SUN: 11 AM - 4 PM
515-330-7125
customerservice@iworkandplay.com

Top Products
About Us
Terms and Conditions
Privacy Policy
Sitemap

Medical Uniforms, Footwear, Lab
Coats and Equipment
Construction Workwear, Footwear
and Equipment
Culinary Apparel, Footwear &
Equipment
Yoga / Pilates Apparel &
Equipment
New Products
Promos / Sale
Contact Us
Gift Ideas / Suggestions

© Copyright 2016 I Work & Play. All Rights Reserved

EXHIBIT

www.celestestein.com/print-catalog-search-results/find-doggie/all-words-on/#

Proudly Printed 🇺🇸 in the U.S.A.

Catalog of Prints | Wholesale/Distributor | Email

# We'll Knock Your Socks Off!

Home | About | Products | Press & Publications | Contact Us

## Celeste Stein Designs
### THE AMERICAN PRINTCESS

### Prints

*Below are prints containing all of these words: doggie*

■ **Doggie**



Doggie - #265

### Login

E-mail address:

Password:

Login | Register user
Forgot Password

### Cart Summary

Your shopping cart is empty!

### Shop By Category

Socks
Thigh Highs
Tights
Leggings
Misc

### Search Prints

Type what you would like to search for

doggie

Go

☑ Search for all words

Or browse by category

Please Select a Category ▶

EXHIBIT

P

tabbies®

www.celestestein.com/print-catalog-search-results/find-breast-cancer/all-words-on/#

# Celeste Stein Designs

### THE AMERICAN PRINCESS

## We'll Knock Your Socks Off!

Proudly Printed 🇺🇸 in the U.S.A.

Catalog of Prints | Wholesale/Distributor | Email

Home | About | Products | Press & Publications | Contact Us

**Login**

E-mail address:

Password:

Login | Register user
Forgot Password

**Cart Summary**

Your shopping cart is empty!

**Shop By Category**

Socks
Thigh Highs
Tights
Leggings
Misc

**Search Prints**

Type what you would like to search for

breast cancer

Go

⦿ Search for all words

Or browse by category
Please Select a Category ▾

*breast, cancer*

*Below are*

**DFEET Breast Cancer**

**DFEET Breast Cancer - #1247**

EXHIBIT
Q
tabbies®



# We'll Knock Your Socks Of

Home | About | Products | Press & Publications | Conta



## Prints

*Below are prints containing all of these wor...*

### Rainbow Zebra



Rainbow Zebra - #466

### Zebra

Zebra - #

### Zebra

### Pink Zebra

Fuchsia Pink Zebra Flow -
#603

### Turq Zebra

### Electric Pink Zebra

### Green Zebra



istore.iworkandplay.com/footwear-socks-cutieful

iWORK&PLAY

Products ▾  |  Medical Uniforms, Footwear, Lab Coats and Equipment  |  Construction Workwear, Footwear and Equipment

Culinary Apparel, Footwear & Equipment  |  Yoga / Pilates Apparel & Equipment  |  New Products  |  Promos / Sale

Contact Us  |  Gift Ideas / Suggestions

SEARCH...

★ WISH LIST  |  ☰ CHECKOUT  |  🔒 LOGIN

🛒 CART  0 item(s) ▾

Home / Footwear / Socks / Cutieful

## Cutieful















EXHIBIT
S




istore.iworkandplay.com/footwear-socks-cutieful-cutieful-compression-socks-blue-cougar-denim/ps732/c12503?

Products ▾   Medical Uniforms, Footwear, Lab Coats and Equipment   Construction Workwear, Footwear and Equipment

Culinary Apparel, Footwear & Equipment   Yoga / Pilates Apparel & Equipment   New Products   Promos / Sale   Contact Us   Gift Ideas / Suggestions

🛒 CART   0   item(s) ▾

SEARCH...   🔍   +

Home  /  Footwear  /  Socks  /  Cutieful  /  Cutieful Compression Socks Blue Cougar Denim

# Cutieful Compression Socks Blue Cougar Denim

Hover over image to zoom



  

## $15.98

By:

Product Code:

Availability:

Cutieful

CMPS-1722

🎁 Add to Wish List    🛒 Add to Cart

### DESCRIPTION

Cutieful Compression Socks Blue Cougar Denim

Cutieful Ultra Sheer Compression Hosiery is designed to
help your legs feel great all day.
They improve circulation with graduated compression,
giving you legs the relief they need while
traveling,working,walking or just sitting.

← C  🔒 istore.iworkandplay.com/footwear-socks-cutieful-cutieful-compression-socks-breast-cancer-cmps-1247/dp/4621

| Culinary Apparel, Footwear & Equipment | Yoga / Pilates Apparel & Equipment | New Products | Promos / Sale | Contact Us | Gift Ideas / Suggestions |

🛒 CART  0 item(s) ▾

SEARCH... 🔍

Home / Footwear / Socks / Cutieful / Cutieful Compression Socks Breast Cancer

# Cutieful Compression Socks Breast Cancer

Hover over image to zoom



 G+1 🐦 Tweet

## $15.98

By:                    **Cutieful**
Product Code:          CMPS-1247
Availability:

🎁 Add to Wish List        🛒 Add to Cart

### DESCRIPTION

Cutieful Compression Socks Breast Cancer

Cutieful Ultra Sheer Compression Hosiery is designed to
help your legs feel great all day.
They improve circulation with graduated compression,
giving you legs the relief they need while
traveling,working,walking or just sitting.

I Work & Play        Top Products        Medical Uniforms, Footwear, Lab        

Cuteful Compress



Cuteful / Socks / wear



★ WISH LIST    ▭ CHECKOUT    ⏏ LOGIN



Products ▾    Medical Uniforms, Footwear, Lab Coats and Equipment    Construction Workwear, Footwear and Equipment

Culinary Apparel, Footwear & Equipment    Yoga / Pilates Apparel & Equipment    New Products    Promos / Sale    Contact Us    Gift Ideas / Suggestions

🛒 CART   0   item(s) ▾

SEARCH...  +

Home / Footwear / Socks / Cutieful / Cutieful Compression Socks Doggie

# Cutieful Compression Socks Doggie

Hover over image to zoom



## $15.98

By:      Cutieful

Product Code:      CMPS-265

Availability:

🎁 Add to Wish List    🛒 Add to Cart

### DESCRIPTION

Cutieful Compression Socks Doggie

Cutieful Ultra Sheer Compression Hosiery is designed to
help your legs feel great all day.



Pin it   G+1   🐦 Tweet



Filed: 1/27/2016 3:30:00 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 8823345
By: Shailja Dixit
1/27/2016 3:32:20 PM

NO. 15-CV-1174

| | | |
|---|---|---|
| CELESTE STEIN DESIGNS, INC. | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | GALVESTON COUNTY, TEXAS |
| | § | |
| SCRUBSCO LTD., and | § | |
| THOMAS LANDRITH | § | |
| DEFENDANTS. | § | 405TH JUDICIAL DISTRICT COURT |

## DISCOVERY AND DOCKET CONTROL ORDER

1. <u>02-20-16</u>   **New Parties** shall be joined and served by this date.

2. <u>06-03-16</u>   **EXPERTS** for all Plaintiffs shall be designated by this date.

3. <u>07-01-16</u>   **EXPERTS** for all **OTHER PARTIES** shall be designated by this date (30 days after date Plaintiffs experts are ordered to be designated).

Any party designating a testifying expert witness is **ORDERED** to provide no later than the dates set for such designation, the information  set forth in Rule 194.2(f) and a written report prepared by the expert setting the substance of the experts opinions, unless a deposition is taken of the expert

An expert not designated prior to the ordered deadlines shall not be permitted to testify absent a showing of good cause.

4. <u>09-16-16</u>   **DISCOVERY** deadlines controlled by designation of case. Counsel may by written agreement continue discovery beyond this deadline.   Such continued discovery, however, will not delay the trial date without the Court's approval.

   _____   Level One-(Rule  190.2)  Discovery  shall be completed  30 days before the date set for trial

   No. of hours per side for oral depositions: _____
   No. of written interrogatories that maybe served by any party on another party: _____ (Excluding interrogatories asking a party to identify  or authenticate specified documents).

   Level Two-(Rule 190.3)  Discovery  shall be completed  the earlier  of 30 days before the date set for trial or 9 months after the date of the first oral deposition of the due date of the first response to written discovery.

   _____   Level Three-(Rule 190.4) Discovery shall be completed by this date.

   No. of hours per side for oral depositions: _____
   No. of written interrogatories that maybe served by any party on another party: _____ (Excluding interrogatories asking a party to identify  or authenticate specified documents).

5. <u>09-30-16</u>   Pleadings must be amended or supplemented  by this date, except by written agreement of all parties.

6. <u>07-01-16</u>   Mediation shall be completed  by this date. Objections  to mediation  of the case must be filed within thirty days of this date. Within 5 days of mediating the case, the parties  must file  a joint statement  to the court that they have  mediated  in good faith and include the date of mediation.

Parties are ordered to participate in mediation with the following person to serve as mediator:

Name:        Pam Hoerster
             Hoerster Mediation Firm
Address:     18333 Egret Bay Blvd., Houston TX 77058
Phone:       281-335-4939
Fax No.:     281- 335-4940

Any objection to the appointed mediator or any agreements by all parties to mediate with a different mediator must be filed with the court within 10 days of this order.  Within this 10 day period, parties must agree upon and name the mediator with whom they will mediate, otherwise the court's appointment will stand.

7.   <u>08-20-16</u>        **DEADLINE TO FILE ALL MOTIONS, except Motions in Limine, AND   FOR MOVANT TO SECURE DATES AND TIMES FOR HEARINGS. NO HEARINGS WILL BE SET UNTIL A MOTION AND ORDER SETTING HEARING ARE ON FILE   WITH   THE   CLERK. This includes motions to exclude expert testimony and any other challenges to   expert testimony. (Six weeks prior to pre-trial)**

8.   <u>10-17-16</u> at <u>9:30   A.M.</u> Pre-Trial Conference set.  **At least 3 days before pretrial, parties must file any written objections to witnesses, exhibits or motion in limine.      All objections will be heard at pretrial conference. Court will also hear announcement of         parties and written motions to continue at this setting. Failure to appear will be grounds for       dismissal for want of prosecution or default judgment.**

9.   _____ at   _____ A.M.   Trial by Jury is set for two-week docket commencing on this   date.  At least one week prior to pretrial parties are orderd to exchange the following and discuss what      the parties will agree to and what issues are contested.

                  _____ Proposed jury charge or findings of fact and conclusions of law
                  _____ Motion in Limine
                  _____ Exhibit List
                  _____ Labeled and numbered exhibits
                  _____ Witness Lists (Inform court at earliest opportunity of scheduling
                          Probles relating to witnesses)

10.  <u>11-08-16</u> at   <u>9:30   AM</u>   Trial before court is set.

Proposed Findings of Fact and Conclusions of Law to be exchanged prior to trial date.

SIGNED on _____, 2016.


                  _____
                  MICHELLE SLAUGHTER, JUDGE
                  405TH JUDICIAL DISTRICT COURT

SIGNED by Counsel and/or Pro Se parties:

_____

Alton C. Todd
The Law Firm of Alton C. Todd
Texas Bar No. 20092000
312 S. Friendswood Drive
Friendswood, Texas 77546
281-992-8633
281-648-8633 fax

**ATTORNEY FOR PLAINTIFF, CELESTE STEIN DESIGNS, INC.**


_____

Justin W. R. Renshaw
Texas Bar No. 24013392
2900 Weslayan, Suite 230
Houston, Texas 77027
713-400-9001
713-400-9006 fax

**ATTORNEY FOR DEFENDANTS, SCRUBSCO, LTD., AND THOMAS LANDRITH**

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back                              Location : Galveston County    Images

## CASE SUMMARY
### CASE NO. 15-CV-1174

| | | |
|---|---|---|
| Celeste Stein Designs, Inc vs. Scrubsco, Ltd., Et Al | §<br>§<br>§<br>§<br>§<br>§ | Case Type: Other Civil - Cases<br>Date Filed: 11/03/2015<br>Location: 405th District Court<br>Judicial Officer: Slaughter, Michelle |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | Landrith, Thomas<br><br>5368 Pinecastle<br>West Chester, OH 45069 | Justin R. Renshaw<br>Retained<br>713-400-9001(W)<br>713-400-9006(F)<br>justin@renshaw-norwood.com |
| Defendant | Scrubsco, Ltd.<br>c/o Registered Agent Thomas Landrith<br>5368 Pinecastle<br>West Chester, OH 45069 | Justin R. Renshaw<br>Retained<br>713-400-9001(W)<br>713-400-9006(F)<br>justin@renshaw-norwood.com |
| Plaintiff | Celeste Stein Designs, Inc<br>312 S Friendswood Dr<br>N/A<br>Friendswood, TX 77546 | Alton C. Todd<br>Retained<br>281-992-8633(W)<br>281-648-8633(F)<br>alton@actlaw.com |

### EVENTS & ORDERS OF THE COURT

OTHER EVENTS AND HEARINGS

| | |
|---|---|
| 11/03/2015 | Original Petition - OCA<br>Petition |
| 11/03/2015 | Request for Civil Service<br>Request-Issue 2 citations-mail to atty-assigned to Rolande K |
| 11/05/2015 | Citation Issuance - Work Product<br>Issued 1 citation-mailed to atty along with SC sheet on 11/5/15 LK |
| 11/05/2015 | Citation Issuance - Work Product<br>Issued 1 citation-mailed to atty along with SC sheet on 11/5/15 LK |
| 12/14/2015 | Affidavit<br>Affidavit |
| 12/14/2015 | Affidavit<br>Affidavit |
| 12/28/2015 | Original Answer<br>Defendant Landrith Original Answer. |
| 12/28/2015 | Original Answer<br>Defendant Scrubsco Answer |
| 01/26/2016 | Court Coordinator's Case Notes<br>Dates given to Faith in Alton Todd's office PTC 10-17-16/BENCH TRIAL 11-8-16 |
| 01/27/2016 | Proposed Order (unsigned)<br>DCO; to CRT. |
| 01/28/2016 | Status Conference  (10:00 AM) (Judicial Officer Slaughter, Michelle) |
| 02/02/2016 | Docket Control Order (Judicial Officer: Slaughter, Michelle ) |
| 07/01/2016 | Designation of Witness<br>Defendants' Designation of Expert Witnesses |
| 07/07/2016 | Designation of Witness<br>No Fee Documents |
| 09/20/2016 | Amended Petition<br>Plaintiff's First Amended Petition |
| 10/07/2016 | Attorney Vacation Letter<br>Attorney Vacation Letter |
| 10/17/2016 | Pre-Trial Conference  (9:00 AM) (Judicial Officer Slaughter, Michelle)<br>bench trial set for 11-8-16 at 9:30am |
| 11/08/2016 | Bench Trial  (9:30 AM) (Judicial Officer Slaughter, Michelle) |

Unofficial Record